| **Fill in this information to identify the case:** |
|---|

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/19

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Prestige Heating and Air Conditioning, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **dba Prestige Experts; dba Prestige Heat and Air** |
| 3. | Debtor's federal Employer Identification Number (EIN) | __2__ __7__ – __2__ __8__ __7__ __4__ __1__ __9__ __3__ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **23645 West Hardy Rd**<br>Number    Street | <br>Number    Street |
| | <br>P.O. Box |
| **Spring**          **TX**    **77373**<br>City          State    ZIP Code | <br>City          State    ZIP Code |
| **Harris**<br>County | **Location of principal assets, if different from principal place of business** |
| | <br>Number    Street |
| | <br>City          State    ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://www.prestige-ac.com/** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Prestige Heating and Air Conditioning, LLC** _____  Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__2__  __3__  __8__  __2__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
　　　　　　　　　　　　　　　　　　　 MM / DD / YYYY

　　　District _____  When _____  Case number _____
　　　　　　　　　　　　　　　　　 MM / DD / YYYY

　　　District _____  When _____  Case number _____
　　　　　　　　　　　　　　　　　 MM / DD / YYYY

Debtor   **Prestige Heating and Air Conditioning, LLC** _____   Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in _this district?_**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
Number     Street

_____

_____   _____ _____
City     State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

▇▇▇  **Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor  **Prestige Heating and Air Conditioning, LLC**                          Case number (if known) _____

| 14. | Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17.  **Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/23/2019**
                  MM / DD / YYYY

X  **/s/ Kristie Gesner**                          **Kristie Gesner**
    Signature of authorized representative of debtor        Printed name

Title  **Managing Member**

18.  **Signature of attorney**

X  **/s/ Susan Tran**                          Date  **09/23/2019**
    Signature of attorney for debtor                  MM / DD / YYYY

**Susan Tran**
Printed name

**Corral Tran Singh, LLP**
Firm name

**1010 Lamar Street, Suite 1160**
Number        Street

_____

**Houston**                          **TX**        **77002**
City                                State        ZIP Code

**(832) 975-7300**                          **Susan.Tran@ctsattorneys.com**
Contact phone                          Email address

**24075648**                          **TX**
Bar number                          State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Prestige Heating and Air Conditioning, LLC**                         CASE NO

                                                                                          CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/23/2019 _____                  Signature  ___*/s/ Kristie Gesner*_____
                                                                                          *Kristie Gesner*
                                                                                          *Managing Member*

Date  _____                                   Signature  _____

Aces A/C Supply, Inc.
5801 South Loop East
Houston, TX 77033

Allegiance Bank
2222 North Durham
Houston, TX 77008

Amegy Bank of Texas
1801 Main Street
Houston, TX 77002

Chrysler Capital
PO Box 961275
Fort Worth, TX 76161

Coburn Supply Company, Inc
350 Pine St. - Suite 850
Beaumont, TX 77701

Corral Tran Singh, LLP
1010 Lamar Street, Suite 1160
Houston, Texas 77002

DistribAire, Inc.
5821 Beverly Hill St
Houston, TX 77057

East Shore Equities, LLC
5788 Merrick Rd, 2nd flr
Massapequa Park NY 11758

Funding Metrics LLC
1 Evertrust Plaza Suite 1101
Jersey City, NJ 07302

Goodman Air Conditioning & Heating
19001 Kermier Road
Waller, TX 77484


Harris County Tax Assessor
P.O. Box 4662
Houston, TX 77210


Hunton Distribution
16335 Central Green Blvd
Houston, TX 77032


Insco
14900 Hempstead Rd., Suite 300
Houston, TX 77040


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101


Lashley & Associates Inc
3215 Claymoore Park Dr
Houston, TX 77043


Lendini
884 Town Center Drive
Langhorne, PA 19047


Lennox Industries Inc.
Totz Ellison & Totz, PC
2211 Norfolk, #510
Houston, TX 77098

Linebarger Goggan Blair &Sampson LLP
P.O. Box 3064
Houston, TX 77253


Main Street Merchant Services Inc.
360 Motor Parkway, #200B
Hauppauge, NY 11788


Mirador River Oaks 9 LP
c/o Graves Law PLLC
6711 Stella Link Road, #302
West University Place,  TX 77005


Morrison Supply Company
100 East 15th Street, Suite 200
Fort Worth, TX 76102


OnDeck
1400 Broadway
New York, NY 10018


State of Texas
P.O. Box 12079
Austin, TX 78711-2079


Sunbelt Rentals
3805 Lamar St
Houston, TX 77023


Texas Duct Systems, L.L.C.
8001 Kempwood Dr
Houston, TX 77055


Transtar AC Supply
3535 S Main St.
Stafford, Texas 77477

Walsh & Albert Co
19300 Oil Center Blvd
Houston, TX 77073