# PRESTIGE

## BALANCE SHEET

As of September 18, 2019

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       10000 Clearing Account | 0.00 |
|       10100 Amegy, Operating 9452 | -464,164.60 |
|       10110 Amegy, Payroll 9445 | -7,258.27 |
|       10120 Amegy, Petty Cash 9460 | 181,513.25 |
|       10200 ICON Operating Account 0113 | 0.00 |
|       10300 ICON Payroll Account 2910 | 0.00 |
|       10400 ICON Savings 9929 | 0.00 |
|       10500 ICON Petty Cash 3215 | 0.00 |
|       8246 WOODFOREST | -120,013.02 |
|       8709 WOODFOREST | -258.00 |
|       Amegy 8827 | 2,867.10 |
|       ask my account. | -15,397.78 |
|       Checking | 3,269.33 |
|       Frost  7326 plumbing | -151.80 |
|       Frost 7318 petty | 7,522.82 |
|       Frost 7369 petty cash a/c | 28,283.82 |
|       Frost Bank 7334 | 47,657.34 |
|       personal acct 2827 | 232,462.60 |
|       prosperity bank | -7,500.00 |
|       Regions operating 4982 | 3,097.72 |
|       Uncategorized Assets | 0.00 |
|       Woodforest 8253 | -7,053.75 |
|     **Total Bank Accounts** | **$ -115,123.24** |
|     Accounts Receivable | |
|       11000 Accounts Receivable | 245,176.27 |
|       deposit error | 0.00 |
|     **Total Accounts Receivable** | **$245,176.27** |
|     Other Current Assets | |
|       11200 Loan to Shareholder | 484,587.63 |
|       11300 Employee Advances | -1,585.00 |
|       11400 Affiliate Loans - Employees | 0.00 |
|       12000 Undeposited Funds  (Desk) | 334,121.20 |
|       12100 Inventory Asset | 0.00 |
|         12110 Parts Inventory - Shop | 0.00 |
|         12120 Parts Inventory - Install Truck | 0.00 |
|         12130 Parts Inventory - Service Truck | 0.00 |
|       **Total 12100 Inventory Asset** | **0.00** |
|       12200 Property Deposit | 9,815.78 |
|       12220 Due To/From A & W Tools | 80,937.34 |
|       12225 Due To/From Kelly Nix | 1,110.00 |
|       80000 Suspense Account | 1,010.94 |

| | TOTAL |
|---|---:|
| Uncategorized Asset | 70,039.28 |
| **Total Other Current Assets** | **$980,037.17** |
| **Total Current Assets** | **$1,110,090.20** |
| Fixed Assets | |
|   14000 Equipment Assets | 13,762.33 |
|   14100 Electronic Office Equipment | 4,419.82 |
|   14220 Computer & Equipment | 1,109.63 |
|     14221 Asset- Computer & Equipment | 3,880.00 |
|   **Total 14220 Computer & Equipment** | **4,989.63** |
|   14300 Vehicles | |
|     14301 2008 Dodge v8747 | 3,500.00 |
|     14302 2004 Dodge Ram v4576 | 0.00 |
|     14304 2006 Ford F250 | 0.00 |
|     14305 2007 Ford 150 v2026 | 17,217.46 |
|     14306 2007 Ford 150 v2026 Accum Depr | 0.00 |
|     14307 2006 Chevy Van v2512 | 0.00 |
|     14309 2005 Chevy Van v6920 | 0.00 |
|     14313 2013 Dodge Ram v8098 | 30,424.29 |
|     14315 2010 Chevrolet v0754 | 22,014.89 |
|     14317 2014 Dodge Ram 1500 v9557 | 38,550.28 |
|     14319 2014 Roadclipper 6GTL | 2,790.69 |
|     14321 2014 Dodge Ram v4324 | 32,958.44 |
|     14323 2014 Dodge Ram v5980 | 32,789.26 |
|     14325 2006 Ford E250 v8205 | 13,582.30 |
|     14328 2016 Ram v2225 | 76,181.62 |
|   **Total 14300 Vehicles** | **270,009.23** |
|   15000 Furniture and Fixtures | 4,280.00 |
|   15010 Total Accum. Depreciation | -219,955.92 |
|   15300 Construction Equipment | 5,953.75 |
| **Total Fixed Assets** | **$83,458.84** |
| **TOTAL ASSETS** | **$1,193,549.04** |
| LIABILITIES AND EQUITY | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         20000 Accounts Payable | 43,730.38 |
|         Fraud | 0.00 |
|       **Total Accounts Payable** | **$43,730.38** |
|       Credit Cards | |
|         20100 Capital One Credit Card | 8,040.03 |
|         20105 Home Depot Credit Card | 4,619.85 |
|         Commercial loan - Auto | 24,321.02 |
|       **Total Credit Cards** | **$36,980.90** |
|       Other Current Liabilities | |
|         20200 Ben Crawford Loan | 44,500.00 |
|         20210 In Transit Funds | 0.00 |
|         20230 Child Support Liability | -3,224.04 |
|         20240 Loan from Share Holder | 0.00 |

| | TOTAL |
|---|---:|
| 20245 OnDeck Loans | 173,856.49 |
| 20600 Sales Tax | -19,959.91 |
|   20610 Sales Tax Credits | 0.00 |
|   20615 Sales Tax Payable | -22,025.69 |
| **Total 20600 Sales Tax** | **-41,985.60** |
| 21100 Direct Deposit Liabilities | 0.00 |
| 23500 IRS Levy Payable | 3,819.81 |
| 24000 Payroll Liabilities | 186,468.61 |
| 24100 ADP Clearing | -17,707.48 |
| 24600 Customer Deposits Received | 0.00 |
| Loan Coolidge Capital | 1,673.12 |
| Loan Main Street Merchant | 48,790.54 |
| Texas State Comptroller Payable | 209,238.87 |
| **Total Other Current Liabilities** | **$605,430.32** |
| **Total Current Liabilities** | **$686,141.60** |
| Long-Term Liabilities | |
|   21400 Chrysler Note-2006 Ford v8205 | 2,162.80 |
|   21401 Loan - 2008 Dodge v8747 | 500.00 |
|   21402 Loan - 2006 Chevy Van v2512 | 0.00 |
|   21403 Loan - 2005 Chevy Van v6920 | 0.00 |
|   21405 Loan - 2010 Chevy v0754 | 3,913.70 |
|   21406 Chrysler Note - 2013 Ram v8098 | 145.97 |
|   21407 Chrysler Note - 2014 Ram v5980 | 16,821.79 |
|   21408 Chrsyler Note-2014 Ram v4324 | 11,495.52 |
|   21409 Chrysler Note-2014 Ram v9557 | 17,574.52 |
|   21411 Chrysler Note - 2016 Ram v2225 | 57,549.24 |
| **Total Long-Term Liabilities** | **$110,163.54** |
| **Total Liabilities** | **$796,305.14** |
| Equity | |
|   30000 Opening Balance Equity | -5,753.47 |
|   32000 Retained Earnings | 555,081.79 |
|   32010 Owner Distributions | 128,524.26 |
|   Net Income | -280,608.68 |
| **Total Equity** | **$397,243.90** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,193,549.04** |