**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Prestige Heating and Air Conditioning, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-35298** |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**  **Priority creditor's name and mailing address**
Corral Tran Singh, LLP
1010 Lamar Street, Suite 1160

Houston          TX      77002

**Date or dates debt was incurred**
09/09/2019

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(____)  **Attorney Fees**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Attorney Fees**

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$16,718.00**    Priority amount: **$16,718.00**

---

**2.2**  **Priority creditor's name and mailing address**
Internal Revenue Service
P.O. Box 7346

Philadelphia       PA    19101

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$10,432.75**    Priority amount: **$10,432.75**

Debtor **Prestige Heating and Air Conditioning, LLC**       Case number (if known) **19-35298**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,000.00 |
|---|---|---|---|

**Aces A/C Supply, Inc.**
**5801 South Loop East**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unpaid Bills**

Houston        TX      77033

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Allegiance Bank**
**2222 North Durham**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Loan**

Houston        TX      77008

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,590.61 |
|---|---|---|---|

**Amegy Bank of Texas**
**1801 Main Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Loan**

Houston        TX      77002

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,264.00 |
|---|---|---|---|

**Coburn Supply Company, Inc**
**350 Pine St. - Suite 850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unpaid Bills**

Beaumont       TX      77701

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Prestige Heating and Air Conditioning, LLC**  Case number (if known) **19-35298**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

### 3.5 Nonpriority creditor's name and mailing address
**DistribAire, Inc.**
**5821 Beverly Hill St**

**Houston**  **TX**  **77057**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unpaid Bills**

Is the claim subject to offset?
☒ No
☐ Yes

$2,000.00

### 3.6 Nonpriority creditor's name and mailing address
**East Shore Equities, LLC**
**5788 Merrick Rd, 2nd flr**

**Massapequa Park**  **NY**  **11758**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Is the claim subject to offset?
☒ No
☐ Yes

$10,433.00

### 3.7 Nonpriority creditor's name and mailing address
**Goodman Air Conditioning & Heating**
**19001 Kermier Road**

**Waller**  **TX**  **77484**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unpaid Bills**

Is the claim subject to offset?
☒ No
☐ Yes

$16,341.00

### 3.8 Nonpriority creditor's name and mailing address
**Hunton Distribution**
**16335 Central Green Blvd**

**Houston**  **TX**  **77032**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Is the claim subject to offset?
☒ No
☐ Yes

$7,677.00

Debtor **Prestige Heating and Air Conditioning, LLC**  Case number (if known) **19-35298**

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9** Nonpriority creditor's name and mailing address  $3,800.00
**Insco**
**14900 Hempstead Rd., Suite 300**
**Houston    TX    77040**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unpaid bills**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

---

**3.10** Nonpriority creditor's name and mailing address  $1,491.00
**Lashley & Associates Inc**
**3215 Claymoore Park Dr**
**Houston    TX    77043**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

---

**3.11** Nonpriority creditor's name and mailing address  $149,100.00
**Lendini**
**884 Town Center Drive**
**Langhorne    PA    19047**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Loan**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

---

**3.12** Nonpriority creditor's name and mailing address  $5,351.31
**Lennox Industries Inc.**
**Totz Ellison & Totz, PC**
**2211 Norfolk, #510**
**Houston    TX    77098**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

Debtor **Prestige Heating and Air Conditioning, LLC**  Case number (if known) **19-35298**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,770.00 |

**Main Street Merchant Services Inc.**
**360 Motor Parkway, #200B**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Hauppauge        NY    11788**

Basis for the claim: **Business Loan**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | | $32,978.00 |

**Main Street Merchant Services Inc.**
**360 Motor Parkway, #200B**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Hauppauge        NY    11788**

Basis for the claim: **Business Loan**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | | $14,990.00 |

**Main Street Merchant Services Inc.**
**360 Motor Parkway, #200B**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Hauppauge        NY    11788**

Basis for the claim: **Judgment**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | | Unknown |

**Mirador River Oaks 9 LP**
**c/o Graves Law PLLC**
**6711 Stella Link Road, #302**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**West University Place    TX    77005**

Basis for the claim: **Judgment**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Debtor **Prestige Heating and Air Conditioning, LLC**  Case number (if known) **19-35298**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17** Nonpriority creditor's name and mailing address — $9,623.00

**Morrison Supply Company**
**100 East 15th Street, Suite 200**

**Fort Worth    TX    76102**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**3.18** Nonpriority creditor's name and mailing address — $1,631.00

**State of Texas**
**P.O. Box 12079**

**Austin    TX    78711-2079**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**3.19** Nonpriority creditor's name and mailing address — $2,178.00

**State of Texas**
**P.O. Box 12079**

**Austin    TX    78711-2079**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**3.20** Nonpriority creditor's name and mailing address — $8,941.00

**State of Texas**
**P.O. Box 12079**

**Austin    TX    78711-2079**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Prestige Heating and Air Conditioning, LLC**     Case number (if known) **19-35298**

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21** Nonpriority creditor's name and mailing address     **$70,723.00**

**State of Texas**
**P.O. Box 12079**

Austin    TX    78711-2079

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

**3.22** Nonpriority creditor's name and mailing address     **$1,465.00**

**Sunbelt Rentals**
**3805 Lamar St**

Houston    TX    77023

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Bills**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

**3.23** Nonpriority creditor's name and mailing address     **$963.25**

**Texas Duct Systems, L.L.C.**
**8001 Kempwood Dr**

Houston    TX    77055

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Bills**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

**3.24** Nonpriority creditor's name and mailing address     **$5,131.61**

**Tradesmen International LLC**
**4540 Kendrick Plaza Dr., #130**

Houston    TX    77032

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unknown Loan Type**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

Debtor **Prestige Heating and Air Conditioning, LLC**  Case number (if known) **19-35298**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25** Nonpriority creditor's name and mailing address

**Transtar AC Supply**
**3535 S Main St.**

**Stafford        TX     77477**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Is the claim subject to offset?
☒ No
☐ Yes

$3,752.00

**3.26** Nonpriority creditor's name and mailing address

**Walsh & Albert Co**
**19300 Oil Center Blvd**

**Houston        TX     77073**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Is the claim subject to offset?
☒ No
☐ Yes

$7,188.00

Debtor  **Prestige Heating and Air Conditioning, LLC**        Case number (if known)  **19-35298**

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|     |     | Total of claim amounts |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $27,150.75 |
| 5b. **Total claims from Part 2** | 5b. + | $524,381.78 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$551,532.53** |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | **Prestige Heating and Air Conditioning, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-35298** |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors         12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/09/2019**       X **/s/ Kristie Gesner**
MM / DD / YYYY                         Signature of individual signing on behalf of debtor

**Kristie Gesner**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form B202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**