**Fill in this information to identify the case**

Debtor name **Prestige Heating and Air Conditioning, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **19-35298**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 3.1.  **Amegy Checking account** | **Checking account** | 9 | 4 | 5 | 2 | $0.00 |
| 3.2.  **Amegy Checking account** | **Checking account** | 9 | 4 | 4 | 5 | $0.00 |
| 3.3.  **Woodforest Checking account** | **Checking account** | 2 | 2 | 5 | 3 | $0.00 |
| 3.4.  **Woodforest Checking account** | **Checking account** | 8 | 2 | 4 | 6 | $0.00 |

4.  **Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

$0.00

## Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

| Debtor | **Prestige Heating and Air Conditioning, LLC** | Case number (if known) | **19-35298** |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

9.  **Total of Part 2.**
    Add lines 7 through 8.  Copy the total to line 81.

    **$0.00**

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☑ Yes.  Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:   **$286,059.00**   –   **$29,389.00**   = .............. ➔   **$256,670.00**
     face amount                 doubtful or uncollectible accounts

11b. Over 90 days old:   **$0.00**   –   **$0.00**   = .............. ➔   **$0.00**
     face amount          doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

    **$256,670.00**

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

    **Valuation method used for current value**       **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                      % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.

    **$0.00**

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ☑ Yes.  Fill in the information below.

Debtor   **Prestige Heating and Air Conditioning, LLC**   Case number (if known)   19-35298
_____Name_____

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| inventory | 09/09/2019 | | | $3,800.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$3,800.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  **Prestige Heating and Air Conditioning, LLC**          Case number (if known)  **19-35298**
_____
Name

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.  **Office furniture**

| Furniture | **$4,800.00** | | **$4,800.00** |
|---|---|---|---|

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$4,800.00** |
|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2006 Ford E250** | **$13,582.30** | | **$13,582.30** |
|---|---|---|---|---|
| 47.2. | **2013 Dodge Ram** | **$30,424.29** | | **$30,424.29** |
| 47.3. | **2014 Dodge Ram** | **$38,550.28** | | **$38,550.28** |
| 47.4. | **2014 Dodge Ram** | **$32,958.44** | | **$32,958.44** |
| 47.5. | **2014 Dodge Ram** | **$32,789.26** | | **$32,789.26** |
| 47.6. | **2016 Dodge Ram** | **$76,181.62** | | **$76,181.62** |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

Debtor **Prestige Heating and Air Conditioning, LLC**                   Case number (if known)  **19-35298**
          Name

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

machinery                                                                                                    **$2,500.00**

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                                            **$226,986.19**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.                  **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

**61. Internet domain names and websites**

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

Debtor   **Prestige Heating and Air Conditioning, LLC**          Case number (if known)   __19-35298__
          Name

65. Goodwill

66. **Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.                                    | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    ☐ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes.  Fill in the information below.

                                                                          **Current value of**
                                                                          **debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                                    | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

| Debtor | **Prestige Heating and Air Conditioning, LLC** | Case number (if known) | **19-35298** |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $256,670.00 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $3,800.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,800.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $226,986.19 | |
| **88. Real property.** *Copy line 56, Part 9.* ➔ | | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | $492,256.19 | + 91b. $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 | | $492,256.19 |

**Fill in this information to identify the case:**

Debtor name **Prestige Heating and Air Conditioning, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **19-35298**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- | --- |
| **2.1** Creditor's name<br>**Amegy Bank**<br><br>Creditor's mailing address<br>**P.O. Box 77404**<br><br><br>**Ewing          NJ     08628**<br>Creditor's email address, if known<br><br>Date debt was incurred _____<br>Last 4 digits of account<br>number ___ ___ ___ ___<br><br>Do multiple creditors have an interest in<br>the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this<br>creditor, and its relative priority. | Describe debtor's property that is<br>subject to a lien<br>**2016 Dodge Ram**<br><br>Describe the lien<br>**auto loan**<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $57,549.24 | $76,181.62 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $494,500.16

Debtor **Prestige Heating and Air Conditioning, LLC**          Case number (if known) **19-35298**

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2**

**Creditor's name**
**Chrysler Capital**

**Creditor's mailing address**
**PO Box 961275**

_____

**Fort Worth          TX    76161**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**          ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**2006 Ford**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$2,162.80**     Column B: **$13,582.30**

---

**2.3**

**Creditor's name**
**Chrysler Capital**

**Creditor's mailing address**
**PO Box 961275**

_____

**Fort Worth          TX    76161**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**          ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**2013 Dodge Ram**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$145.97**     Column B: **$30,424.29**

Debtor **Prestige Heating and Air Conditioning, LLC**                    Case number (if known) **19-35298**

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.4**

**Creditor's name**
**Chrysler Capital**

**Creditor's mailing address**
**PO Box 961275**

**Fort Worth        TX   76161**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**2014 Dodge Ram**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$16,900.00**          **$71,339.54**

---

**2.5**

**Creditor's name**
**Chrysler Capital**

**Creditor's mailing address**
**PO Box 961275**

**Fort Worth        TX   76161**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**2014 Dodge Ram**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$17,600.00**          **$32,958.44**

Debtor  **Prestige Heating and Air Conditioning, LLC**          Case number (if known) **19-35298**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.6**

Creditor's name
**Funding Metrics LLC**

Creditor's mailing address
**1 Evertrust Plaza Suite 1101**

_____

_____

**Jersey City          NJ    07302**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number                  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

**1) OnDeck; 2) Funding Metrics LLC; 3) Texas Comptroller of Public Accounts; 4) Main Street Merchant Services Inc..**

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**future receivables and proceeds**

**Describe the lien**

**Judgment**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$117,702.00          $256,670.00

---

**2.7**

Creditor's name
**Harris County Tax Assessor**

Creditor's mailing address
**P.O. Box 4662**

_____

**Houston               TX    77210**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number                  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**vehicles**

**Describe the lien**

**property tax lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,075.55            $2,075.55

| Debtor | **Prestige Heating and Air Conditioning, LLC** | Case number (if known) **19-35298** |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

---

**2.8**

**Creditor's name**
**Internal Revenue Service**

**Describe debtor's property that is subject to a lien**
unknown

**Amount of claim:** $43,000.00
**Value of collateral:** $0.00

**Creditor's mailing address**
**P.O. Box 7317**

**Describe the lien**
**1040 Taxes**

**Philadelphia          PA     19101**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.9**

**Creditor's name**
**Main Street Merchant Services Inc.**

**Describe debtor's property that is subject to a lien**
**account receivables**

**Amount of claim:** $44,748.77
**Value of collateral:** $256,670.00

**Creditor's mailing address**
**c/o Zachter PLLC**
**2 University Plaza Suite 205**

**Describe the lien**
**business loan**

**Hackensack          NJ     07601**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines **2.6**

---

Debtor   **Prestige Heating and Air Conditioning, LLC**          Case number (if known) **19-35298**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.10**

**Creditor's name**
**OnDeck**

**Creditor's mailing address**
**1400 Broadway**

**New York            NY    10018**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

**For account receivables: See 2.6.  For inventory: 1) OnDeck; 2) Texas Comptroller of Public Accounts.  For Furniture: 1) OnDeck; 2) Texas Comptroller of Public Accounts.**

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**all and after acquired property**

**Describe the lien**

**Judgment**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$190,983.90     $265,270.00

**2.11**

**Creditor's name**
**Texas Comptroller of Public Accounts**

**Creditor's mailing address**
**c/o Office of the Attorney General**

**Bankrupcy - Collections Division MC-00**

**PO Box 12548**

**Austin            TX    78711**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines  **2.6, 2.10**

**Describe debtor's property that is subject to a lien**

**state tax lien (2017)**

**Describe the lien**

**Tax Liability**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,631.93     $265,270.00

Debtor   **Prestige Heating and Air Conditioning, LLC**          Case number (if known) **19-35298**

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Linebarger Goggan Blair &Sampson LLP** | Line   **2.7** | ___ ___ ___ ___ |
| **P.O. Box 3064** | | |
| | | |
| | | |
| **Houston**                    **TX**     **77253** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Prestige Heating and Air Conditioning, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-35298** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1.   Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No.  Go to Part 2.
☑ Yes.  Go to line 2.

2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

Comptroller of Public Accts

P.O. Box 149359

Austin          TX     78714

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Franchise tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$10,716.37**     Priority amount: **$10,716.37**

**2.2** **Priority creditor's name and mailing address**

Comptroller of Public Accts

P.O. Box 149359

Austin          TX     78714

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sales Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$119,634.37**     Priority amount: **$119,634.37**

Debtor   **Prestige Heating and Air Conditioning, LLC**          Case number (if known)   **19-35298**

## Part 1:   Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.3**   Priority creditor's name and mailing address
**Corral Tran Singh, LLP**

**1010 Lamar Street, Suite 1160**

_____

_____

**Houston                          TX      77002**

Date or dates debt was incurred
**09/09/2019**
_____

Last 4 digits of account
number      ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(_____)  **Attorney Fees**

As of the petition filing date, the claim is:  *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim **$16,718.00**   Priority amount **$16,718.00**

---

**2.4**   Priority creditor's name and mailing address
**Internal Revenue Service**

**P.O. Box 7346**

_____

_____

**Philadelphia                  PA      19101**

Date or dates debt was incurred
_____

Last 4 digits of account
number      ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(__8__)

As of the petition filing date, the claim is:  *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim **$10,432.75**   Priority amount **$10,432.75**

---

**2.5**   Priority creditor's name and mailing address
**Texas Workforce Commission**

**Regulatory Integrity Division - SAU**

**101 E. 15th Street, #556**

_____

**Austin                          TX      78778**

Date or dates debt was incurred
_____

Last 4 digits of account
number      ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(__8__)

As of the petition filing date, the claim is:  *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Overpayment of Unemployment Benefits**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim **$5,757.58**   Priority amount **$5,757.58**

Debtor   **Prestige Heating and Air Conditioning, LLC**          Case number (if known)   **19-35298**

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,000.00 |

**Aces A/C Supply, Inc.**

**5801 South Loop East**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**     **77033**

Basis for the claim: **Unpaid Bills**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __


| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |

**Allegiance Bank**

**2222 North Durham**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**     **77008**

Basis for the claim: **Business Loan**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __


| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,590.61 |

**Amegy Bank of Texas**

**1801 Main Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**     **77002**

Basis for the claim: **Business Loan**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __


| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,264.00 |

**Coburn Supply Company, Inc**

**350 Pine St. - Suite 850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Beaumont**                    **TX**     **77701**

Basis for the claim: **Unpaid Bills**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor  **Prestige Heating and Air Conditioning, LLC**          Case number (if known)  **19-35298**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** Nonpriority creditor's name and mailing address

DistribAire, Inc.

5821 Beverly Hill St

Houston                    TX        77057

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Unpaid Bills

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,000.00**

---

**3.6** Nonpriority creditor's name and mailing address

East Shore Equities, LLC

5788 Merrick Rd, 2nd flr

Massapequa Park            NY        11758

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Judgment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10,433.00**

---

**3.7** Nonpriority creditor's name and mailing address

Goodman Air Conditioning & Heating

19001 Kermier Road

Waller                     TX        77484

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Unpaid Bills

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16,341.00**

---

**3.8** Nonpriority creditor's name and mailing address

Hunton Distribution

16335 Central Green Blvd

Houston                    TX        77032

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Judgment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,677.00**

---

Debtor    **Prestige Heating and Air Conditioning, LLC**                    Case number (if known)  **19-35298**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.00** |
|---|---|---|---|

**Insco**

**14900 Hempstead Rd., Suite 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                         TX      77040

**Basis for the claim:** **unpaid bills**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,491.00** |
|---|---|---|---|

**Lashley & Associates Inc**

**3215 Claymoore Park Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                         TX      77043

**Basis for the claim:** **Judgment**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$149,100.00** |
|---|---|---|---|

**Lendini**

**884 Town Center Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Langhorne**                       PA      19047

**Basis for the claim:** **Business Loan**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,136.31** |
|---|---|---|---|

**Lennox Industries Inc.**

**Totz Ellison & Totz, PC**

**2211 Norfolk, #510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                         TX      77098

**Basis for the claim:** **Judgment**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor **Prestige Heating and Air Conditioning, LLC**     Case number (if known) **19-35298**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13** Nonpriority creditor's name and mailing address

**Mirador River Oaks 9 LP**

**c/o Graves Law PLLC**

**6711 Stella Link Road, #302**

**West University Place**          **TX**     **77005**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.14** Nonpriority creditor's name and mailing address

**Morrison Supply Company**

**100 East 15th Street, Suite 200**

**Fort Worth**          **TX**     **76102**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,623.00**

---

**3.15** Nonpriority creditor's name and mailing address

**State of Texas**

**P.O. Box 12079**

**Austin**          **TX**     **78711-2079**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,631.00**

---

**3.16** Nonpriority creditor's name and mailing address

**State of Texas**

**P.O. Box 12079**

**Austin**          **TX**     **78711-2079**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,178.00**

---

Debtor  **Prestige Heating and Air Conditioning, LLC**   Case number (if known)  **19-35298**

---

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |

**State of Texas**

**P.O. Box 12079**

**Austin**          **TX**   **78711-2079**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,941.00**

| 3.18 | Nonpriority creditor's name and mailing address |

**State of Texas**

**P.O. Box 12079**

**Austin**          **TX**   **78711-2079**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**$70,723.00**

| 3.19 | Nonpriority creditor's name and mailing address |

**Sunbelt Rentals**

**3805 Lamar St**

**Houston**          **TX**   **77023**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Bills**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,465.00**

| 3.20 | Nonpriority creditor's name and mailing address |

**Texas Duct Systems, L.L.C.**

**8001 Kempwood Dr**

**Houston**          **TX**   **77055**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Bills**

Is the claim subject to offset?
☑ No
☐ Yes

**$963.25**

---

Debtor   **Prestige Heating and Air Conditioning, LLC**         Case number (if known)   **19-35298**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

_Check all that apply._

**Tradesmen International LLC**

**4540 Kendrick Plaza Dr., #130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,131.61**

**Houston**                    **TX**    **77032**

Basis for the claim:

**Unknown Loan Type**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

_Check all that apply._

**Transtar AC Supply**

**3535 S Main St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,752.00**

**Stafford**                    **TX**    **77477**

Basis for the claim:

**Judgment**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

_Check all that apply._

**Walsh & Albert Co**

**19300 Oil Center Blvd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,188.00**

**Houston**                    **TX**    **77073**

Basis for the claim:

**Judgment**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

Debtor **Prestige Heating and Air Conditioning, LLC**                Case number (if known) **19-35298**

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. $163,259.07 |
| 5b. | **Total claims from Part 2** | 5b. **+** $434,428.78 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $597,687.85 |

**Fill in this information to identify the case:**

Debtor name   **Prestige Heating and Air Conditioning, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **19-35298**                    Chapter   **11**
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name    **Prestige Heating and Air Conditioning, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **19-35298**
(if known)

☐ Check if this is an
    amended filing

Official Form 206H

# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Prestige Heating and Air Conditioning, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **19-35298**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B........................................................................... | **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B......................................................................... | **$492,256.19**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B........................................................................... | **$492,256.19**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................... | **$494,500.16**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... | **$163,259.07**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......................... | **+   $434,428.78**

4. **Total liabilities**
    Lines 2 + 3a + 3b................................................................................................ | **$1,092,188.01**

---

**Fill in this information to identify the case and this filing:**

Debtor Name **Prestige Heating and Air Conditioning, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **19-35298**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/17/2019**          X **/s/ Kristie Gesner** _____
          MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                         **Kristie Gesner** _____
                                         Printed name
                                         **Managing Member** _____
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Prestige Heating and Air Conditioning, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)  **19-35298**

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

Sources of revenue
Check all that apply.

Gross revenue
(before deductions
and exclusions

| | | | | | |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2019** <br> MM / DD / YYYY | to | Filing date | ☑ Operating a business <br> ☐ Other _____ | _____ |
| **For prior year:** | From **01/01/2018** <br> MM / DD / YYYY | to | **12/31/2018** <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | _____ |
| **For the year before that:** | From **01/01/2017** <br> MM / DD / YYYY | to | **12/31/2017** <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | _____ |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor   **Prestige Heating and Air Conditioning, LLC**                    Case number (if known)   **19-35298**
　　　　　Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | East Shore Equities v. Prestige Heating and Air Conditioning, LLC | CIVIL JUDGMENT | STEUBEN SUPREME COURT - NY<br>Name<br><br>Street<br><br><br>City　　　　　State　ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>E20190992CV | | | |
| 7.2. | Transtar AC Supply Inc v. Prestige Heating and Air Conditioning, LLC | CIVIL JUDGMENT | FORT BEND JP CT 2 - MISSOURI CITY<br>Name<br><br>Street<br><br><br>City　　　　　State　ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>17JDC2103657 | | | |
| 7.3. | Lashley and Associates Inc v. Prestige Heating and Air Conditioning, LLC | SMALL CLAIMS JUDGMENT | HARRIS JP CT 2-2 - PASADENA<br>Name<br><br>Street<br><br><br>City　　　　　State　ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>182200186136 | | | |

| Debtor | **Prestige Heating and Air Conditioning, LLC** | Case number (if known) | **19-35298** |
|---|---|---|---|
| | Name | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **The Walsh and Albert Company LTD v. Prestige Heating and Air Conditioning, LLC** | CIVIL JUDGMENT | HARRIS DISTRICT COURT <br> Name <br><br> Street | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | **Case number** <br> 201806330 | | City          State   ZIP Code | |
| 7.5. | **Funding Metrics LLC v. Prestige Heating and Air Conditioning, LLC** | CIVIL JUDGMENT | WESTCHESTER COUNTY SUPREME ( <br> Name <br><br> Street | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | **Case number** <br> 706222017 | | City          State   ZIP Code | |
| 7.6. | **State of Texas v. Prestige Heating and Air Conditioning, LLC** | STATE TAX LIEN | HARRIS COUNTY CLERK-HOUSTON <br> Name <br><br> Street | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | **Case number** <br> 12728741930261003 | | City          State   ZIP Code | |
| 7.7. | **Morrison Supply Company LLC v. Prestige Heating and Air Conditioning, LLC** | CIVIL JUDGMENT | TARRANT COUNTY COURT-FORT WO <br> Name <br><br> Street | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | **Case number** <br> 20160016433 | | City          State   ZIP Code | |
| 7.8. | **State of Texas v. Prestige Heating and Air Conditioning, LLC** | CIVIL JUDGMENT - FILED IN ERROR | HARRIS COUNTY CLERK-HOUSTON <br> Name <br><br> Street | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | **Case number** <br> 12728741930261002 | | City          State   ZIP Code | |
| 7.9. | **State of Texas v. Prestige Heating and Air Conditioning, LLC** | STATE TAX LIEN RELEASE | HARRIS COUNTY CLERK-HOUSTON <br> Name <br><br> Street | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | **Case number** <br> 12728741930131001 | | City          State   ZIP Code | |

Debtor  **Prestige Heating and Air Conditioning, LLC**                                    Case number (if known)  **19-35298**
        Name

| | | | |
|---|---|---|---|
| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |

7.10. **Hunton Distribution v. Prestige Heating and Air Conditioning, LLC**

Nature of case **CIVIL NEW FILING**

Court or agency's name and address **HARRIS JP CT 1-2 - HOUSTON**
Name

Street

City          State    ZIP Code

Status of case
☐ Pending
☐ On appeal
☒ Concluded

Case number **CV12C0147965**

---

7.11. **State of Texas v. Prestige Heating and Air Conditioning, LLC**

Nature of case **STATE TAX LIEN RELEASE**

Court or agency's name and address **HARRIS COUNTY CLERK-HOUSTON**
Name

Street

City          State    ZIP Code

Status of case
☐ Pending
☐ On appeal
☒ Concluded

Case number **12728741930261001**

---

7.12. **Mirador River Oaks 9 LP v. Prestige Heating and Air Conditioning, LLC**

Nature of case **CIVIL JUDGMENT**

Court or agency's name and address **HARRIS COUNTY CLERK-HOUSTON**
Name

Street

City          State    ZIP Code

Status of case
☒ Pending
☐ On appeal
☐ Concluded

Case number **201914353**

---

7.13. **Lennox Industries Inc. v. Prestige Heating and Air Conditioning, LLC**

Nature of case **SMALL CLAIMS JUDGMENT**

Court or agency's name and address **HARRIS JP CT 1-2 - HARRIS**
Name

Street

City          State    ZIP Code

Status of case
☒ Pending
☐ On appeal
☐ Concluded

Case number **181200323330**

---

7.14. **On Deck Capital, Inc. v. Prestige Heating and Air Conditioning, LLC**

Nature of case **CIVIL JUDGMENT**

Court or agency's name and address **FAIRFAX CIRCUIT COURT - VA**
Name

Street

City          State    ZIP Code

Status of case
☒ Pending
☐ On appeal
☐ Concluded

Case number **CL-2018-0017238**

Debtor   **Prestige Heating and Air Conditioning, LLC**          Case number (if known)   **19-35298**
Name

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:   Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:   Certain Payments or Transfers

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Corral Tran Singh, LLP** | **Retainer - $8,282.00** | | **$10,000.00** |
| | | **Filing fee - $1,718.00** | | |
| | Address | | | |
| | **1010 Lamar Street, Suite 1160** | | | |
| | Street | | | |
| | **Houston**          **TX**     **77002** | | | |
| | City                State   ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12.   Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor   **Prestige Heating and Air Conditioning, LLC**                              Case number (if known)   **19-35298**
         Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---------|--------------------|

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

     Does the debtor have a privacy policy about that information?
     ☐ No.
     ☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
        ☐ No.  Go to Part 10.
        ☐ Yes.  Fill in below:

Debtor   **Prestige Heating and Air Conditioning, LLC**                          Case number (if known)   **19-35298**
         Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☒ None

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☒ No
☐ Yes.  Provide details below.

Debtor   **Prestige Heating and Air Conditioning, LLC**                                Case number (if known)   **19-35298**
          Name

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kristie Gesner** | | **President** | **50%** |
| **Brian Gesner** | | | **50%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

| Debtor | **Prestige Heating and Air Conditioning, LLC** | Case number (if known) | **19-35298** |
|---|---|---|---|
| | Name | | |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | <u>Brian Gesner</u><br>Name<br><br>Street<br><br><br>City          State   ZIP Code<br><br>**Relationship to debtor**<br><u>member</u> | wages<br>$7,293.47 | last 12 months | compensation |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | <u>Kristie Gesner</u><br>Name<br><br>Street<br><br><br>City          State   ZIP Code<br><br>**Relationship to debtor**<br><u>member</u> | wages<br>$4,258.91 | last 12 months | compensation |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | <u>Brian and Kristie Gesner</u><br>Name<br><br>Street<br><br><br>City          State   ZIP Code<br><br>**Relationship to debtor** | wages<br>$62,909.63 | last 12 months | compensation |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

Debtor   **Prestige Heating and Air Conditioning, LLC**                        Case number (if known)   **19-35298**
        Name

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **10/17/2019**
        MM / DD / YYYY

**X** **/s/ Kristie Gesner**                                    Printed name   **Kristie Gesner**
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes