**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **PRESTIGE HEATING AND** | § | **CASE NO. 19-35298** |
| **AIR CONDITIONING, LLC** | § | |
| | § | |
| **DEBTOR(S).** | § | **CHAPTER 11** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of October, 2019, all the parties on the attached Master Service list were served the Proposed Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection (**Docket No. 37**) via U.S. First Class mail and to those requesting service notice via CM/ECF.

Respectfully submitted,

**CORRAL TRAN SINGH, LLP**

*/s/Susan Tran Adams*
Adam Corral | TBN: 24080404
Susan Tran Adams | TBN: 24075648
Brendon Singh | TBN: 24075646
1010 Lamar St., Suite1160
Houston TX 77002
Ph: (832) 975-7300
Fax: (832) 975-7301
Email: susan.tran@ctsattorneys.com

**ATTORNEYS FOR PRESTIGE HEATING**
**AND AIR CONDITIONING LLC**