**Master Service List**

| | |
|---|---|
| Aces A/C Supply, Inc.<br>5801 South Loop East<br>Houston, TX 77033 | Goodman Air Conditioning & Heating<br>19001 Kermier Rd<br>Waller, TX 77484 |
| Allegiance Bank<br>2222 North Durham<br>Houston, TX 77008 | Hunton Distribution<br>16335 Central Green Blvd<br>Houston, TX 77032 |
| Amegy Bank<br>1801 Main Street<br>Houston, TX 77002 | Internal Revenue Service<br>P.O. Box 145595<br>Cincinnati, OH 45250 |
| AT&T<br>208 S. Akard St.<br>Dallas, TX 75202 | Lashley & Associates Inc<br>3215 Claymoore Park Dr<br>Houston, TX 77043 |
| Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161 | Lendini<br>884 Town Center Dr.<br>Langhorne, PA 19047 |
| Coburn Supply Company, Inc.<br>350 Pine St Suite 850<br>Beaumont, TX 77701 | Main Street Cash<br>5788 Merrick Rd<br>Suite 205<br>Massapequa, NY 11758 |
| Comcast<br>One Comcast Center<br>Philadelphia, PA 19103 | Main Street Merchant Services Inc.(Collide Capital LLC)<br>360 Motor Parkway Suite 200B<br>Hauppauge, NY 11788 |
| Corporation Services Company<br>P.O. Box 2576<br>Springfield, IL 62708 | Mirador River Oaks 9 LP<br>c/o Graves Law PLLC<br>6711 Stella Link Rd #302<br>West University Place, TX 77005 |
| DistribAire, Inc.<br>5821 Beverly Hill St<br>Houston, TX 77057 | Morrison Supply Company LLC<br>100 East 15th St. Suite 200<br>Fort Worth, TX 76102 |

East Shore Equities, LLC
5788 Merrick Rd 2nd Fl
Massapequa Park, NY 11758

Funding Metrics, LLC
884 Town Center Dr.
Langhorne, PA 19407

Lennox Industries
Marc L. Ellison
2211 Norfolk Ste 510
Houston, TX 77098

OnDeck
1400 Broadway
New York, NY 10018

State of Texas
P.O. Box 12079
Austin, TX 78711

Texan Electric
7011 Dixie Dr.
Houston, TX 77087

Texas Duct Systems, LLC
8001 Kempwood Dr
Houston, TX 77055

Transtar AC Supply
3535 S Main St.
Stafford, Texas 77477

Walsh & Albert Co
19300 Oil Center Blvd
Houston, TX 77073