IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **PRESTIGE HEATING AND** | § | Case No. 19-35298-H3 |
| **AIR CONDITIONING, LLC** | § | |
| Debtor. | § | Chapter 11 |

**ORDER AUTHORIZING PAYMENT TO PREPETITION
<u>CLAIMS OF CRITICAL VENDORS</u>**
(No. \_\_\_\_)

CAME ON for consideration, the Motion for Order Authorizing Payment of Pre-petition Critical Vendors filed by Prestige Heating and Air Conditioning, LLC. After considering the evidence, the Court finds sufficient cause to grant the Motion. It is therefore,

**ORDERED** the Debtor is authorized to pay the prepetition claims of its critical vendors as provided below:

| Critical Vendor | Estimated Prepetition Amount Owed | Description of Goods Provided |
|---|---|---|
| Coastal HVAC
51 Esplanade Blvd #100
Houston, TX 77060 | $10,616.78 | HVAC materials and supplies |
| Century AC Supply
10510 W Sam Houston Pkwy
Houston, TX 77099 | $7,087.75 | HVAC materials and supplies |

Reserved for Judge's Signature