| | | |
|---|---|---|
| **Harris County**<br>**Linebarger Goggan Blair &**<br>**Sampson LLP**<br>**C/O John P. Dillman**<br>**PO Box 3064**<br>**Houston, TX 77253-3064** | **Prestige Heating and Air**<br>**Conditioning, LLC**<br>**23645 West Hardy Rd**<br>**Spring, TX 77373-5713** | **Texas Comptroller of**<br>**Public Accounts**<br>**E. Stuart Phillips**<br>**P.O. Box 12548**<br>**Austin, TX 78711-2548** |
| **United States Bankruptcy**<br>**Court**<br>**PO Box 61010**<br>**Houston, TX 77208-1010** | **Aces A/C Supply, Inc.**<br>**5801 South Loop East**<br>**Houston, TX 77033-1605** | **Allegiance Bank**<br>**2222 North Durham**<br>**Houston, TX 77008-1714** |
| **Amegy Bank of Texas**<br>**1801 Main Street**<br>**Houston, TX 77002-8120** | **Capital One Bank (USA), N.A.**<br>**by American InfoSource as**<br>**agent**<br>**PO Box 71083**<br>**Charlotte, NC 28272-1083** | **Chrysler Capital**<br>**PO Box 961275**<br>**Fort Worth, TX 76161-**<br>**0275** |
| **Coburn Supply Company**<br>**Inc.**<br>**PO Box 99001**<br>**Denham Springs, LA**<br>**70727-9001** | **Coburn Supply Company, Inc**<br>**350 Pine St. - Suite 850**<br>**Beaumont, TX 77701-2435** | **Comptroller of Public**<br>**Accounts**<br>**C/O Office of the Attorney**<br>**General**<br>**Bankruptcy - Collections**<br>**Division MC-008**<br>**PO Box 12548**<br>**Austin TX 78711-2548** |
| **Corral Tran Singh, LLP**<br>**1010 Lamar Street, Suite**<br>**1160**<br>**Houston, Texas 77002-1349** | **DistribAire, Inc.**<br>**5821 Beverly Hill St**<br>**Houston, TX 77057-6709** | **East Shore Equities, LLC**<br>**5788 Merrick Rd, 2nd flr**<br>**Massapequa Park NY**<br>**11758-6242** |
| **Funding Metrics LLC**<br>**1 Evertrust Plaza Suite**<br>**1101**<br>**Jersey City, NJ 07302-3088** | **Goodman Air Conditioning &**<br>**Heating**<br>**19001 Kermier Road**<br>**Waller, TX 77484-8810** | **Harris County Tax**<br>**Assessor**<br>**P.O. Box 4662**<br>**Houston, TX 77210-4662** |
| **Harris County et al.**<br>**c/o John P. Dillman**<br>**Linebarger Goggan Blair &**<br>**Sampson LLP**<br>**P.O. Box 3064**<br>**Houston, Tx 77253-3064** | **Hunton Distribution**<br>**16335 Central Green Blvd**<br>**Houston, TX 77032-5146** | **Insco**<br>**14900 Hempstead Rd.,**<br>**Suite 300**<br>**Houston, TX 77040-4079** |

**EXHIBIT "1"**

| | | |
|---|---|---|
| **Internal Revenue Service**<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **Klein Independent School District**<br>7200 Spring Cypress Road<br>Spring, TX 77379-3215 |
| **Lashley & Associates Inc**<br>3215 Claymoore Park Dr<br>Houston, TX 77043-1191 | **Lendini**<br>884 Town Center Drive<br>Langhorne, PA 19047-1748 | **Lennox Industries Inc.**<br>Totz Ellison & Totz, PC<br>2211 Norfolk, #510<br>Houston, TX 77098-4048 |
| **Linebarger Goggan Blair &Sampson LLP**<br>P.O. Box 3064<br>Houston, TX 77253-3064 | **Main Street Merchant Services Inc.**<br>360 Motor Parkway, #200B<br>Hauppauge, NY 11788-5186 | **Main Street Merchant Services Inc.**<br>Zachter PLLCC<br>2 University Plaza, Suite 205<br>Hackensack, NJ 07601-6211 |
| **Mirador River Oaks 9 LP**<br>c/o Graves Law PLLC<br>6711 Stella Link Road, #302<br>West University Place, TX 77005-4342 | **Morrison Supply Company**<br>100 East 15th Street, Suite 200<br>Fort Worth, TX 76102-6567 | **On Deck Capital, Inc.**<br>c/o Christine Levi<br>101 West Colfax Ave., 10th Floor<br>Denver, CO 80202-5167 |
| **OnDeck**<br>1400 Broadway<br>New York, NY 10018-5300 | **Santander Consumer USA Inc. ,an Illinois corporation**<br>d/b/a Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | **Santander Consumer USA Inc.**<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |
| **Santander Consumer USA, Inc.**<br>d/b/a Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | **State of Texas**<br>P.O. Box 12079<br>Austin, TX 78711-2079 | **Sunbelt Rentals**<br>1275 W. Mound Street<br>Columbus, OH 43223-2213 |
| **Sunbelt Rentals**<br>3805 Lamar St<br>Houston, TX 77023-1609 | **TEXAS WORKFORCE COMMISSION**<br>REGULATORY INTEGRITY DIVISION - SAU<br>101 EAST 15TH STREET, ROOM 556<br>AUSTIN, TX 78778-0001 | **Texas Duct Systems, L.L.C.**<br>8001 Kempwood Dr<br>Houston, TX 77055-1027 |

**EXHIBIT "1"**

| | | |
|---|---|---|
| **Transtar AC Supply**<br>3535 S Main St.<br>Stafford, Texas 77477-5405 | **US Trustee**<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | **Walsh & Albert Co**<br>19300 Oil Center Blvd<br>Houston, TX 77073-3353 |
| **Susan Tran Adams**<br>**Corral Tran Singh LLP**<br>1010 Lamar<br>Suite 1160<br>Houston, TX 77002-1349 | | |

**EXHIBIT "1"**