| Fill in this information to identify the case: | |
|---|---|
| Debtor Name _____ | |
| United States Bankruptcy Court for the: _____ District of _____ | |
| Case number: _____ | ☐ Check if this is an amended filing |

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: _____

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party *kristie gesner*

Printed name of responsible party *Kristie gesner*

**\*\*Debtor is in process of reconciling its accounts and reserves the right to amend.**

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?  ☐   ☐   ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐   ☐   ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 7194.48

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ _____

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ _____

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ _____

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ _____

Debtor Name _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                  $ _____

 *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              _____

27. What is the number of employees as of the date of this monthly report?                _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?         $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____

30. How much have you paid this month in other professional fees?                          $ _____

31. How much have you paid in total other professional fees since filing the case?        $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                            $ _____

36. Total projected cash disbursements for the next month:                                      − $ _____

37. Total projected net cash flow for the next month:                                            = $ _____

Debtor Name _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

# AmegyBank of Texas

P.O. BOX 27459 • HOUSTON, TX 77227-7459

**Statement of Accounts**
Page 1 of 5
This Statement: September 30, 2019
Last Statement: August 30, 2019

Account 5793469452

**DIRECT INQUIRIES TO:**
Direct all inquiries to Customer Service:
In Houston: 713-235-8810
In Dallas/Fort Worth: 214-754-9500
In San Antonio: 210-343-4500
Or Toll-Free: 800-287-0301
Press 0 for a Customer Service Representative

0081380          3274-06-0000-AMG-PG0023-00005

PRESTIGE HEATING AND AIR CONDITIONING LL
OPERATING ACCOUNT
PO BOX 1297
SPRING TX 77383-1297

**Amegy Bank - The "A" Bank**
**Amegy Bank, a division of Zions Bancorporation, N.A.**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793469452 | $5,936.83 | |

## BUSINESS INSPIRE CHECKING 5793469452          151    5

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 2,326.00 | 11,645.22 | 3,534.39 | 4,500.00 | 5,936.83 |

### 9 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 09/04 | 74.85 | RETURN MERCHANT BNKCD DEPOSIT 3  1708204300 |
| 09/06 | 189.00 | RETURN HOME DEPOT AUTO PYM 1709502279 |
| 09/11 | 189.00 | RETURN HOME DEPOT RETRY PY  1707502746 |
| 09/16 | 189.00 | RETURN HOME DEPOT RETRY PY  1708601527 |
| 09/19 | 5,166.65 | BUSINESS MOBILE DEPOSIT CREDIT 8282018780 |
| 09/23 | 1,981.48 | DEPOSIT 8282100199 |
| 09/25 | 41.22 | 74493988Q2BKHR7MB 2318 CENTURY A/C SUPPLY HOUSTON TX  1212153840 |
| 09/25 | 1,096.02 | DEPOSIT 8282021130 |
| 09/30 | 2,718.00 | DEPOSIT 8282095302 |

### 21 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 09/03 | 74.85 | MERCHANT BNKCD DEPOSIT 346201486880 REF # 019246008655637  1115907750 |
| 09/05 | 189.00 | HOME DEPOT AUTO PYMT REF # 019247001111505  1112146724 |
| 09/10 | 189.00 | HOME DEPOT RETRY PYMT REF # 019252004104046  1111641092 |
| 09/13 | 189.00 | HOME DEPOT RETRY PYMT REF # 019255006721519  1111756762 |
| 09/18 | 422.10 | 244921584LY9WSD23 2318 AIRBNB HMAE8SQBHM AIRBNB.COM CA  1211053998 |
| 09/19 | 115.61 | 2422369850FW1SMW3 2318 TEXAS HERITAGE VINEYARFREDERICKSBUR T  1210452185 |
| 09/19 | 583.46 | 2469216852X88MQF8 2318 STATE AUTO MUTUALINSCO800-444-9950 OH  1210452186 |
| 09/19 | 130.98 | 2475542863J6LYMWF 2318 STONE HOUSE VINEYARD 512-2643630 TX  1210452184 |
| 09/19 | 193.28 | 0318 P.O.S. PURCHASE DISCOUNT-T DISCOUNT-TI SPRING TX  1408717202 |
| 09/20 | 91.47 | 2469216872XZ6JZBH 2318 SCENTSY,INC. 877-855-0617 ID  1213147382 |
| 09/20 | 67.76 | 0318 P.O.S. PURCHASE FAST FOWAR FAST FOWARD WILLIS TX  1410725907 |
| 09/20 | 29.89 | 0318 P.O.S. PURCHASE THE HOME D THE HOME DE CONROE TX  1410725906 |
| 09/20 | 25.93 | 0318 P.O.S. PURCHASE CIRCLE K # CIRCLE K # SPRING TX  1410725905 |
| 09/20 | 735.17 | Commercial Loans Debit, z094146 17504315679001 mit839703 2412100678 |
| 09/23 | 136.02 | 24610438809FG8E3A 2318 THE HOME DEPOT #0508 CONROE TX  1214577739 |
| 09/23 | 25.74 | 244921587MJJ3AMNB 2318 SQ *DONUTS DELIGHT# WILLIS TX  1214577736 |
| 09/23 | 85.24 | 246326988ELB13GAQ 2318 JOHNSTONE SUPPLY OF HO713-868-8967 TX  1214577738 |
| 09/23 | 31.52 | 244310688BLL7JNJ0 2318 FISH CAMARON CREEKSIDETOMBALL TX  1214577737 |
| 09/25 | 54.40 | 24610438B09FEGSQN 2318 THE HOME DEPOT #0568 SPRING TX  1212153841 |
| 09/25 | 161.97 | 24493988Q2BK19BB1 2318 CENTURY A/C SUPPLY 281-776-1925 TX  1212153842 |
| 09/30 | 2.00 | STATEMENT & PAPER STMT FEE  0000122995 |

A division of Zions Bancorporation, N.A. Member FDIC 

0081380-0000001-0161939

**An Easy Approach To Balancing Your Account**

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| **Check Number** | **Check Amount** | 1. LIST your checkbook balance. | |
| | | 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3. SUBTOTAL: | |
| | | 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| | | STATEMENT BALANCE | |
|---|---|---|---|
| | | 6. LIST your current statement balance as shown on the front of this statement. | |
| | | 7. ADD deposits made, but not shown on this statement. | |
| | | 8. SUBTOTAL: | |
| | | 9. SUBTRACT total from "Checks Outstanding." | |
| **TOTAL:** | | 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*                                    *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANS ACTIONS**
As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CHECK RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any

action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at Amegy Bank, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-713- 235-8810, 1-214-754-9500 or 1-800-287-0301.

**For electronic transfers:** We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Amegy Bank, PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810, 1-214-754-9500 or 1-800-287-0301.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-287-0301.

**CHECK RESERVE PAYMENT OPTIONS**
The minimum payment due on your Check Reserve account will automatically be debited from your checking account on the payment due date unless payment is made by one of the methods listed below:

1. Make a transfer online at www.amegybank.com.
2. Call the customer service number listed on page one of your statement and request a transfer from your checking account to your Check Reserve account.
3. Mail your payment to:
   Amegy Bank, PO Box 27459, Houston, TX 77227-7459
4. Make your payment at any Amegy Bank banking center.

**We may report information about your Check Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Amegy Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

With Bank-at-Home, you have an Amegy Bank of Texas banking center everywhere you have an Internet connection.
**www.amegybank.com**



**AmegyBank** of Texas

P.O. BOX 27459 • HOUSTON, TX 77227-7459

Page 9 of 9
September 30, 2019
PRESTIGE HEATING AND AIR CONDITIONING LL
5793469452

---

**1 CHECK PROCESSED**

| Number | Date | Amount |
|---|---|---|
| 0 | 09/23 | 4,500.00 |

---

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $790.00 |
| Total Returned Item Fees | $0.00 | $3,045.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

---

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/03 | 2,251.15 | 09/11 | 2,326.00 | 09/20 | 5,097.00 |
| 09/04 | 2,326.00 | 09/13 | 2,137.00 | 09/23 | 2,299.96 |
| 09/05 | 2,137.00 | 09/16 | 2,326.00 | 09/25 | 3,220.83 |
| 09/06 | 2,326.00 | 09/18 | 1,903.90 | 09/30 | 5,936.83 |
| 09/10 | 2,137.00 | 09/19 | 6,047.22 | | |

A division of Zions Bancorporation, N.A. Member FDIC



EQUAL HOUSING LENDER

0081380-0000002-0161940

This page intentionally left blank

0081380-0000002-0161940

Amegy Bank of Texas

Account # 5793469452



Posted 09/19/19    DEPOSIT          $5166.65



Posted 09/23/19    DEPOSIT          $1981.48



Posted 09/25/19    DEPOSIT          $1096.02



Posted 09/30/19    DEPOSIT          $2718.00



Posted 09/23/19          $4500.00

0081380-0000003-0161941

# AmegyBank
## of Texas

P.O. BOX 27459 • HOUSTON, TX  77227-7459

**Statement of Accounts**

Page  1 of  2
This Statement: September 30, 2019
Last Statement: August 30, 2019

Account 5793469445

0081379                3274-06-0000-AMG-PG0023-00000

PRESTIGE HEATING AND AIR CONDITIONING LL
PAYROLL ACCOUNT
PO BOX 1297
SPRING TX  77383-1297

**DIRECT INQUIRIES TO:**
Direct all inquiries to Customer Service:
In Houston:                  713-235-8810
In Dallas/Fort Worth:    214-754-9500
In San Antonio:            210-343-4500
Or Toll-Free:               800-287-0301
Press 0 for a Customer Service Representative

**Amegy Bank - The "A" Bank**
**Amegy Bank, a division of Zions Bancorporation, N.A.**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793469445 | $0.00 | |

## BUSINESS INSPIRE CHECKING 5793469445                                         151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**0  DEPOSITS/CREDITS**

There were no transactions this period.

**0  CHARGES/DEBITS**

There were no transactions this period.

**0  CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance |
|---|---|
| 09/30 | 0.00 |

A division of Zions Bancorporation, N.A. Member FDIC

0081379-0000001-0161938

**An Easy Approach To Balancing Your Account**

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANS ACTIONS**

As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts.** The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

*For CHECK RESERVE accounts:* You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any

action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at Amegy Bank, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-713- 235-8810, 1-214-754-9500 or 1-800-287-0301.

*For electronic transfers:* We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Amegy Bank, PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810, 1-214-754-9500 or 1-800-287-0301.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-287-0301.

**CHECK RESERVE PAYMENT OPTIONS**

The minimum payment due on your Check Reserve account will automatically be debited from your checking account on the payment due date unless payment is made by one of the methods listed below:

1. Make a transfer online at www.amegybank.com.
2. Call the customer service number listed on page one of your statement and request a transfer from your checking account to your Check Reserve account.
3. Mail your payment to:
   Amegy Bank, PO Box 27459, Houston, TX 77227-7459
4. Make your payment at any Amegy Bank banking center.

**We may report information about your Check Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Amegy Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

With Bank-at-Home, you have an Amegy Bank of Texas banking center everywhere you have an Internet connection.
**www.amegybank.com**



 **Account Information & Customer Service**
1-(877) 968-7962

 **P.O. Box 7889 The Woodlands, TX 77387**

 **Visit Us Online at www.woodforest.com**

**Like Us On**     **Follow Us on** 

00000428  TW100T10011919572900  13  000000000  2093233913

KRISTIE M GESNER
PO BOX 1297
SPRING TX  77383

## Summary of Accounts

| ACCOUNT TYPE AND NUMBER | BALANCE FORWARD | TOTAL DEBITS | TOTAL CREDITS | CLOSING BALANCE |
|---|---|---|---|---|
| Business Simple Checking 1301018246 | 13,190.51 | 96,615.77 | 97,945.78 | 14,520.52 |

## Business Simple Checking 1301018246

## Transactions

| Date | Credits | Debits | Balance | Description |
|---|---|---|---|---|
| 09-01 | | 218.48 | 12,972.03 | POS DB H-E-B #748 SPRING TX 000000000144698 |
| 09-01 | | 239.29 | 12,732.74 | POS DB H-E-B #748 SPRING TX 000000000146353 |
| 09-02 | | 2.99 | 12,729.75 | POS DB APL*ITUNES.COM/BILL 866-712-7753 CA 000000000252216 |
| 09-02 | | 32.47 | 12,697.28 | POS DB SPRING FITNESS PEAKSERVE.COM TX 000000000717015 |
| 09-02 | | 350.00 | 12,347.28 | POS DB ENTERPRISE RENT-A-CAR SPRING TX 000000000427355 |
| 09-03 | 861.75 | | 13,209.03 | ACH-DEPOSIT 524771992044311 INTUIT PYMT SOLN |
| 09-03 | | 29.55 | 13,179.48 | ACH-TRAN FEE 524771992044311 INTUIT PYMT SOLN |
| 09-03 | | 2,731.47 | 10,448.01 | Check #1053 |
| 09-03 | | 870.95 | 9,577.06 | Check #1066 |
| 09-03 | | 801.50 | 8,775.56 | Check #1067 |
| 09-03 | | 763.52 | 8,012.04 | Check #1070 |
| 09-03 | | 277.05 | 7,734.99 | Check #1071 |
| 09-03 | | 330.80 | 7,404.19 | Check #1072 |
| 09-03 | | 715.87 | 6,688.32 | Check #1074 |
| 09-03 | | 257.97 | 6,430.35 | Check #1075 |
| 09-03 | | 375.14 | 6,055.21 | Check #1076 |
| 09-03 | | 54.17 | 6,001.04 | Check #1083 |
| 09-03 | | 250.00 | 5,751.04 | Check #1086 |
| 09-04 | | 16.29 | 5,734.75 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000132907 |
| 09-04 | | 176.70 | 5,558.05 | POS DB WL LASHLEY&ASSOC INC HOUSTON TX 000000000403642 |
| 09-04 | | 352.90 | 5,205.15 | POS DB RAMSEY AND CO HOUSTON TX 000000000420299 |
| 09-05 | | 12.43 | 5,192.72 | POS DB IMPERFECT PRODUCE SAN FRANCISCO CA 000000000002592 |
| 09-05 | | 46.56 | 5,146.16 | POS DB ABC*GOLDS GYM 888-8279262 TX 000000000375891 |
| 09-05 | | 100.00 | 5,046.16 | POS DB CITY OF GP- WATER GRAND PRAIRIE TX 000000000505037 |
| 09-05 | | 159.00 | 4,887.16 | POS DB SQU*SQ *GOSQ.COM AMAND Spring TX 000000000264889 |
| 09-05 | | 206.20 | 4,680.96 | POS DB JOHNSTONE SUPPLY OF HO HOUSTON TX 000000000036951 |
| 09-05 | | 356.76 | 4,324.20 | POS DB JOHNSTONE SUPPLY OF HO HOUSTON TX 000000000104974 |
| 09-05 | | 1,801.13 | 2,523.07 | POS DB GoodmanConroe352 936-4418665 TX 000000000271747 |
| 09-06 | 4,000.00 | | 6,523.07 | DEPOSIT |
| 09-06 | 5,000.00 | | 11,523.07 | DEPOSIT |
| 09-06 | | 19.67 | 11,503.40 | POS DB EXXON CST 1907 SPRING TX 000000000426591 |
| 09-06 | | 106.22 | 11,397.18 | POS DB TOMMY BAHAMA RSTRNT WOODLANDS TX 000000000815619 |
| 09-06 | | 200.00 | 11,197.18 | POS DB INT*IN *RICH PRODUCTIO HOUSTON TX 000000000360142 |
| 09-06 | | 61.00 | 11,136.18 | ACH-PAYROLL 0190AVU2 0190AVU2 PRESTIG |
| 09-06 | | 119.30 | 11,016.88 | ACH-PAYROLL 0190AVU2 0190AVU2 PRESTIG |
| 09-06 | | 2,262.53 | 8,754.35 | ACH-PAYROLL 0190AVU2 0190AVU2 PRESTIG |
| 09-07 | | 5.68 | 8,748.67 | POS DB STARBUCKS STORE 1157 SPRING TX 000000000087351 |
| 09-07 | | 17.75 | 8,730.92 | POS DB JOHNSON SUPPLY SPRING SPRING TX 000000000062468 |
| 09-07 | | 21.81 | 8,709.11 | POS DB ROMANOS 1088 THE WOODLANDS TX 000000000166348 |



**MEMBER FDIC ⌂ EQUAL HOUSING LENDER • AN EQUAL OPPORTUNITY EMPLOYER**

## Business Simple Checking 1301018246

### Transactions (continued)

| Date | Credits | Debits | Balance | Description |
|------|---------|--------|---------|-------------|
| 09-07 | | 45.00 | 8,664.11 | POS DB TPWD LICENSE ONLINE AUSTIN TX 000000000799528 |
| 09-07 | | 61.43 | 8,602.68 | POS DB ROMANOS 1088 THE WOODLANDS TX 000000000149915 |
| 09-07 | | 178.62 | 8,424.06 | POS DB HOTELSCOM8010886505499 HOTELS.COM WA 000000000782692 |
| 09-07 | | 240.35 | 8,183.71 | POS DB HOTELSCOM8067351713312 HOTELS.COM WA 000000000777746 |
| 09-07 | | 240.35 | 7,943.36 | POS DB HOTELSCOM8106597968607 HOTELS.COM WA 000000000775436 |
| 09-07 | | 415.61 | 7,527.75 | POS DB Texans Energy SUGAR LAND TX 000000000576341 |
| 09-07 | | 317.45 | 7,210.30 | CASH CK #1091 |
| 09-09 | 20,000.00 | | 27,210.30 | DEPOSIT |
| 09-09 | | 4.77 | 27,205.53 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000785517 |
| 09-09 | | 4.84 | 27,200.69 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000841023 |
| 09-09 | | 5.32 | 27,195.37 | POS DB DNH*GODADDY.COM 480-5058855 AZ 000000000686982 |
| 09-09 | | 6.40 | 27,188.97 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000474982 |
| 09-09 | | 6.45 | 27,182.52 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000655206 |
| 09-09 | | 8.66 | 27,173.86 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000637146 |
| 09-09 | | 10.99 | 27,162.87 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000568474 |
| 09-09 | | 14.75 | 27,148.12 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000569734 |
| 09-09 | | 16.16 | 27,131.96 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000658048 |
| 09-09 | | 17.31 | 27,114.65 | POS DB NETFLIX.COM NETFLIX.COM CA 000000000703987 |
| 09-09 | | 19.78 | 27,094.87 | POS DB HOTEL GALVEZ-BERNARD GALVESTON TX 000000000425225 |
| 09-09 | | 27.89 | 27,066.98 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000590525 |
| 09-09 | | 50.81 | 27,016.17 | POS DB HOTELSCOM8013779955100 HOTELS.COM WA 000000001085771 |
| 09-09 | | 77.47 | 26,938.70 | POS DB DBANAME SPRING TX 000000001031444 |
| 09-09 | | 139.37 | 26,799.33 | POS DB TOMMY BAHAMA 548 WOODLANDS TX 000000000589604 |
| 09-09 | | 150.47 | 26,648.86 | POS DB TOMMY BAHAMA 548 WOODLANDS TX 000000000588800 |
| 09-09 | | 192.63 | 26,456.23 | POS DB HOTEL GALVEZ. GALVESTON TX 000000000181030 |
| 09-09 | | 250.00 | 26,206.23 | Check #1064 |
| 09-09 | | 283.04 | 25,923.19 | Check #1069 |
| 09-09 | | 1,051.37 | 24,871.82 | Check #1087 |
| 09-09 | | 299.36 | 24,572.46 | Check #1088 |
| 09-09 | | 749.37 | 23,823.09 | Check #1089 |
| 09-09 | | 246.32 | 23,576.77 | Check #1092 |
| 09-09 | | 715.87 | 22,860.90 | Check #1093 |
| 09-09 | | 1,226.76 | 21,634.14 | Check #1095 |
| 09-09 | | 533.03 | 21,101.11 | Check #1096 |
| 09-10 | | 3.98 | 21,097.13 | POS DB CHEVRON/SHENANDOAH CONROE TX 000000000766432 |
| 09-10 | | 941.34 | 20,155.79 | POS DB FERGUSON ENT #62 ARLINGTON TX 000000000218284 |
| 09-10 | | 800.00 | 19,355.79 | CHECK |
| 09-11 | | 1.03 | 19,354.76 | POS DB TEXAS SECRETARY OF STA AUSTIN TX 000000000660486 |
| 09-11 | | 2.49 | 19,352.27 | POS DB KROGER #3 6060 FM 2920 SPRING TX 000000000256786 |
| 09-11 | | 23.22 | 19,329.05 | POS DB CIRCLE K # 41431 5050 SPRING TX 000000000219312 |
| 09-11 | | 62.22 | 19,266.83 | POS DB SUNOCO 03284916 SPRING TX 000000000308091 |
| 09-11 | | 118.00 | 19,148.83 | POS DB ABILITY ANSWERING SERV BAKERSFIELD CA 000000000414828 |
| 09-11 | | 135.81 | 19,013.02 | POS DB MOORE SUPPLY COMPANY DUNCANVILLE TX 000000000259700 |
| 09-11 | | 138.00 | 18,875.02 | POS DB SQU*SQ *GOSQ.COM AMAND Spring TX 000000000258437 |
| 09-11 | | 244.00 | 18,631.02 | POS DB KROGER #0 2150 SPRING SPRING TX 000000000578488 |
| 09-11 | | 838.94 | 17,792.08 | POS DB Visual Edge - TLC 800-8563900 TX 000000000000950 |
| 09-11 | | 987.00 | 16,805.08 | POS DB LEADERSHIELD MARKETING Houston TX 000000000363023 |
| 09-11 | | 294.05 | 16,511.03 | Check #1094 |
| 09-12 | 172.11 | | 16,683.14 | POS CR THE HOME DEPOT #0507 GRAND PRAIRIE TX 000000000645373 |
| 09-12 | | 6.11 | 16,677.03 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000459426 |
| 09-12 | | 6.48 | 16,670.55 | POS DB APL* ITUNES.COM/BILL 866-712-7753 CA 000000000024760 |
| 09-12 | | 7.86 | 16,662.69 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000096164 |
| 09-12 | | 11.32 | 16,651.37 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000526844 |
| 09-12 | | 26.82 | 16,624.55 | POS DB THE HOME DEPOT #0554 ARLINGTON TX 000000000025915 |
| 09-12 | | 39.13 | 16,585.42 | POS DB IMPERFECT PRODUCE SAN FRANCISCO CA 000000000001300 |
| 09-12 | | 43.12 | 16,542.30 | POS DB FERGUSON ENT LLC #2807 FORT WORTH TX 000000000271330 |
| 09-12 | | 68.37 | 16,473.93 | POS DB PILOT #1109 HOUSTON TX 000000000363226 |
| 09-12 | | 74.99 | 16,398.94 | POS DB JOHNSTONE SUPPLY - FTW FORT WORTH TX 000000000025800 |
| 09-12 | | 88.81 | 16,310.13 | POS DB HOTELSCOM8021636854575 HOTELS.COM WA 000000000442050 |
| 09-12 | | 89.00 | 16,221.13 | POS DB United Credit Educatio 248-8489065 MI 000000000020815 |
| 09-12 | | 103.65 | 16,117.48 | POS DB APEX SUPPLY COMP ARLINGTON TX 000000000023553 |
| 09-12 | | 113.95 | 16,003.53 | POS DB UNITED REFRIG BR #83 HOUSTON TX 000000000383053 |
| 09-12 | | 166.01 | 15,837.52 | POS DB HOUSTON CS 1X 800-266-2278 TX 000000000242158 |
| 09-12 | | 244.74 | 15,592.78 | POS DB THE HOME DEPOT #0507 GRAND PRAIRIE TX 000000000082740 |
| 09-12 | | 565.85 | 15,026.93 | POS DB JOHNSTONE SUPPLY - FTW FORT WORTH TX 000000000258249 |
| 09-12 | | 2,488.45 | 12,538.48 | POS DB GoodmanConroe352 936-4418665 TX 000000000233585 |

## Business Simple Checking 1301018246

### Transactions (continued)

| Date | Credits | Debits | Balance | Description |
|---|---|---|---|---|
| 09-12 | | 5,000.00 | 7,538.48 | CHECK 1065 |
| 09-12 | | 1,437.69 | 6,100.79 | Check #1097 |
| 09-12 | | 1,460.37 | 4,640.42 | Check #1098 |
| 09-13 | 830.00 | | 5,470.42 | MOBILE DEPOSIT |
| 09-13 | 1,500.00 | | 6,970.42 | DEPOSIT |
| 09-13 | 11,948.22 | | 18,918.64 | DEPOSIT |
| 09-13 | | 5.00 | 18,913.64 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000283182 |
| 09-13 | | 7.61 | 18,906.03 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000287372 |
| 09-13 | | 13.14 | 18,892.89 | POS DB CHICK-FIL-A #03916 SPRING TX 000000000029754 |
| 09-13 | | 14.30 | 18,878.59 | POS DB SUNOCO 0823890900 SPRING TX 000000000088098 |
| 09-13 | | 16.00 | 18,862.59 | POS DB SQU*SQ *GOSQ.COM AMAND Spring TX 000000000301604 |
| 09-13 | | 21.33 | 18,841.26 | POS DB STARBUCKS STORE 5248 SPRING TX 000000000087370 |
| 09-13 | | 26.95 | 18,814.31 | POS DB PAYPAMS.COM 0420 ENGLEWOOD CO 000000000158363 |
| 09-13 | | 28.45 | 18,785.86 | POS DB CVS/PHARM 00019--3850 Spring TX 000000000386161 |
| 09-13 | | 32.34 | 18,753.52 | POS DB KELLY`S COUNTRY COOKIN HOUSTON TX 000000000055686 |
| 09-13 | | 40.00 | 18,713.52 | POS DB PP*SACREDLEAFS Spring TX 000000000333593 |
| 09-13 | | 43.55 | 18,669.97 | POS DB SQU*SQ *NADIA'S GRILL Spring TX 000000000390324 |
| 09-13 | | 53.16 | 18,616.81 | POS DB THE HOME DEPOT #0566 HOUSTON TX 000000000046638 |
| 09-13 | | 78.30 | 18,538.51 | POS DB THE HOME DEPOT #6516 CONROE TX 000000000141446 |
| 09-13 | | 97.89 | 18,440.62 | POS DB THE HOME DEPOT #6552 AMARILLO TX 000000000093526 |
| 09-13 | | 99.71 | 18,340.91 | POS DB THE HOME DEPOT #6552 AMARILLO TX 000000000140111 |
| 09-13 | | 125.02 | 18,215.89 | POS DB MSC 30 CONROE CONROE TX 000000000274081 |
| 09-13 | | 193.18 | 18,022.71 | POS DB CUSTOM WHOLESALE SUPPL AMARILLO TX 000000000396472 |
| 09-13 | | 225.00 | 17,797.71 | POS DB PRONTO CRANE HOUSTON TX 000000000146065 |
| 09-13 | | 295.26 | 17,502.45 | POS DB FERGUSON ENT #190 SPRING TX 000000000234102 |
| 09-13 | | 551.11 | 16,951.34 | CASH CK #1123 |
| 09-13 | | 1,007.47 | 15,943.87 | CASH CK #1130 |
| 09-13 | | 61.00 | 15,882.87 | ACH-PAYROLL 0190AVU2 0190AVU2 PRESTIG |
| 09-13 | | 119.30 | 15,763.57 | ACH-PAYROLL 0190AVU2 0190AVU2 PRESTIG |
| 09-13 | | 2,199.00 | 13,564.57 | ACH-PAYROLL 0190AVU2 0190AVU2 PRESTIG |
| 09-14 | | 3.97 | 13,560.60 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000135886 |
| 09-14 | | 7.23 | 13,553.37 | POS DB THE HOME DEPOT #6552 AMARILLO TX 000000000037056 |
| 09-14 | | 7.37 | 13,546.00 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000214675 |
| 09-14 | | 20.76 | 13,525.24 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000142120 |
| 09-14 | | 26.65 | 13,498.59 | POS DB ROMANOS 1088 THE WOODLANDS TX 000000000150084 |
| 09-14 | | 27.06 | 13,471.53 | POS DB ABC*GOLDS GYM 888-8279262 TX 000000000236137 |
| 09-14 | | 31.18 | 13,440.35 | POS DB SHELL SERVICE S SPRING TX 000000000579697 |
| 09-14 | | 42.03 | 13,398.32 | POS DB THE FLYING SAUCER HOUSTON TX 000000000211737 |
| 09-14 | | 78.87 | 13,319.45 | POS DB FIELDINGS WOOD GRILL L SPRING TX 000000000175627 |
| 09-14 | | 192.05 | 13,127.40 | POS DB HOLIDAY INN WEST MEDIC AMARILLO TX 000000000005088 |
| 09-16 | 7,000.00 | | 20,127.40 | DEPOSIT |
| 09-16 | | 5.20 | 20,122.20 | POS DB 7172 Golds Gym The Woodlands TX 000000000130600 |
| 09-16 | | 12.97 | 20,109.23 | POS DB NNT 3527 FOREVER 21181141 SPRING TX 000000000886470 |
| 09-16 | | 13.01 | 20,096.22 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000633497 |
| 09-16 | | 16.23 | 20,079.99 | POS DB APL*ITUNES.COM/BILL 866-712-7753 CA 000000000265898 |
| 09-16 | | 21.08 | 20,058.91 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000675840 |
| 09-16 | | 21.62 | 20,037.29 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000562087 |
| 09-16 | | 32.46 | 20,004.83 | POS DB TILLYS 254 THE WOODLANDS TX 000000000863156 |
| 09-16 | | 39.54 | 19,965.29 | POS DB AMZN Mktp US Amzn.com/bill WA 000000000554826 |
| 09-16 | | 56.12 | 19,909.17 | POS DB AMZN Mktp US Amzn.com/bill WA 000000000591981 |
| 09-16 | | 92.01 | 19,817.16 | POS DB TOMMY BAHAMA 548 WOODLANDS TX 000000000904175 |
| 09-16 | | 100.28 | 19,716.88 | POS DB TOMMY BAHAMA RSTRNT WOODLANDS TX 000000000990675 |
| 09-16 | | 106.48 | 19,610.40 | POS DB DNH*GODADDY.COM 480-5058855 AZ 000000000301286 |
| 09-16 | | 136.11 | 19,474.29 | POS DB KUHLMAN CELLARS STONEWALL TX 000000000512240 |
| 09-16 | | 137.00 | 19,337.29 | POS DB MARTINIS MORE SPRING TX 000000000665554 |
| 09-16 | | 245.26 | 19,092.03 | POS DB DEL FRISCOS GRILLE THE WOODLANDS TX 000000000631472 |
| 09-16 | | 276.24 | 18,815.79 | POS DB PAYPAL *AUTORIMSHOP 4029357733 CA 000000000810773 |
| 09-16 | | 448.20 | 18,367.59 | Check #1077 |
| 09-16 | | 558.01 | 17,809.58 | Check #1084 |
| 09-16 | | 486.40 | 17,323.18 | Check #1090 |
| 09-16 | | 318.98 | 17,004.20 | Check #1122 |
| 09-16 | | 303.77 | 16,700.43 | Check #1124 |
| 09-16 | | 715.87 | 15,984.56 | Check #1125 |
| 09-16 | | 483.76 | 15,500.80 | Check #1126 |
| 09-16 | | 1,099.51 | 14,401.29 | Check #1128 |
| 09-16 | | 196.96 | 14,204.33 | Check #1129 |

## Business Simple Checking 1301018246

### Transactions (continued)

| Date | Credits | Debits | Balance | Description |
|------|---------|--------|---------|-------------|
| 09-16 | | 1,069.48 | 13,134.85 | Check #1131 |
| 09-16 | | 870.95 | 12,263.90 | Check #1132 |
| 09-16 | | 139.17 | 12,124.73 | Check #1133 |
| 09-16 | | 130.39 | 11,994.34 | Check #1134 |
| 09-16 | | 98.45 | 11,895.89 | Check #1135 |
| 09-16 | | 1,800.00 | 10,095.89 | Check #1137 |
| 09-16 | | 250.00 | 9,845.89 | Check #1138 |
| 09-17 | 7,361.61 | | 17,207.50 | DEPOSIT |
| 09-17 | | 14.00 | 17,193.50 | POS DB parkreceipts.com -V FRISCO TX 000000000075953 |
| 09-17 | | 50.66 | 17,142.84 | POS DB HOP SCHOLAR ALE HOUSE SPRING TX 000000000063135 |
| 09-17 | | 54.07 | 17,088.77 | POS DB SQU*SQ *PUMPD NUTRITIO The Woodlands TX 000000000561492 |
| 09-17 | | 58.86 | 17,029.91 | POS DB ELLIOTT ELECTRIC NACOGDOCHES TX 000000000350854 |
| 09-17 | | 99.99 | 16,929.92 | POS DB AMZN Mktp US Amzn.com/bill WA 000000000007964 |
| 09-17 | | 2,158.95 | 14,770.97 | POS DB COASTAL HVAC SUPPLY HOUSTON TX 000000000462657 |
| 09-18 | | 10.00 | 14,760.97 | POS DB LARKIN FIRST- 1111 MAIN HOUSTON TX 000000000060486 |
| 09-18 | | 26.24 | 14,734.73 | POS DB TST* RAKUU RESTA SPRING TX 000000000385615 |
| 09-18 | | 42.22 | 14,692.51 | POS DB ABC*GOLDS GYM 888-8279262 TX 000000000185472 |
| 09-18 | | 84.72 | 14,607.79 | POS DB H-E-B #748 SPRING TX 000000000767371 |
| 09-18 | | 89.00 | 14,518.79 | POS DB United Credit Educatio 248-8489065 MI 000000000030161 |
| 09-18 | | 96.68 | 14,422.11 | POS DB OFFICE DEPOT 00 SPRING TX 000000000756762 |
| 09-18 | | 105.98 | 14,316.13 | POS DB AMZN Mktp US Amzn.com/bill WA 000000000162155 |
| 09-18 | | 150.00 | 14,166.13 | POS DB STORQUEST-SPRING / G SPRING TX 000000000317363 |
| 09-18 | | 1,724.03 | 12,442.10 | POS DB JOHNSON SUPPLY SPRING SPRING TX 000000000030038 |
| 09-18 | | 3,745.00 | 8,697.10 | POS DB Larkin Industries, Inc terri@larkinh AL 000000000102806 |
| 09-19 | | 7.57 | 8,689.53 | POS DB AMAZON.COM AMZN.COM/BI SEATTLE WA 000000000272192 |
| 09-19 | | 16.99 | 8,672.54 | POS DB AMZN Mktp US Amzn.com/bill WA 000000000267608 |
| 09-19 | | 26.99 | 8,645.55 | POS DB AMZN Mktp US Amzn.com/bill WA 000000000269161 |
| 09-19 | | 34.47 | 8,611.08 | POS DB CRAVE HOUSTON SPRING TX 000000000403507 |
| 09-19 | | 200.16 | 8,410.92 | POS DB COASTAL HVAC SUPPLY HOUSTON TX 000000000212858 |
| 09-19 | | 266.75 | 8,144.17 | POS DB PLATINUM COPIER SOLUTI HUMBLE TX 000000000083151 |
| 09-19 | | 850.00 | 7,294.17 | POS DB KARMA INTERNATIONAL 2 BEVERLY HILLS CA 000000000370645 |
| 09-19 | | 400.00 | 6,894.17 | ACH-CC PYMT 601918306828575 Synchrony Bank |
| 09-19 | | 443.91 | 6,450.26 | ACH-ESO6033553 3127795 LIBERTY MUTUAL |
| 09-19 | | 1,064.74 | 5,385.52 | ACH-BLA6033553 3127705 LIBERTY MUTUAL |
| 09-19 | | 598.35 | 4,787.17 | Check #1073 |
| 09-19 | | 1,288.40 | 3,498.77 | Check #1078 |
| 09-19 | | 500.00 | 2,998.77 | Check #1085 |
| 09-19 | | 728.22 | 2,270.55 | Check #1127 |
| 09-20 | 22,027.00 | | 24,297.55 | DEPOSIT |
| 09-20 | | 3.20 | 24,294.35 | POS DB JOHNSTONE SUPPLY OF HO HOUSTON TX 000000000039068 |
| 09-20 | | 6.02 | 24,288.33 | POS DB Amazon.com Amzn.com/bill WA 000000000165208 |
| 09-20 | | 22.14 | 24,266.19 | POS DB JOHNSTONE SUPPLY OF HO HOUSTON TX 000000000038670 |
| 09-20 | | 30.00 | 24,236.19 | POS DB PP*SACREDLEAFS Spring TX 000000000291722 |
| 09-20 | | 47.23 | 24,188.96 | POS DB SUNOCO 0328491600 SPRING TX 000000000120637 |
| 09-20 | | 55.80 | 24,133.16 | POS DB CRAVE HOUSTON SPRING TX 000000000406933 |
| 09-20 | | 63.00 | 24,070.16 | ACH-PAYROLL 0190AVU2 0190AVU2 PRESTIG |
| 09-20 | | 119.30 | 23,950.86 | ACH-PAYROLL 0190AVU2 0190AVU2 PRESTIG |
| 09-20 | | 2,354.78 | 21,596.08 | ACH-PAYROLL 0190AVU2 0190AVU2 PRESTIG |
| 09-21 | | 4.82 | 21,591.26 | POS DB STARBUCKS STORE 5248 SPRING TX 000000000039665 |
| 09-21 | | 557.71 | 21,033.55 | CASH CK #1109 |
| 09-23 | 0.01 | | 21,033.56 | ACH-SDV-VRFY Brian Gesner Square Inc |
| 09-23 | 1,657.31 | | 22,690.87 | ACH-CASH TRANS PRESTIGE EXPERTS MAC ACQUISIT6611 |
| 09-23 | 14,000.00 | | 36,690.87 | DEPOSIT |
| 09-23 | | 2.00 | 36,688.87 | Online Transfer Debit     OL XFER |
| 09-23 | | 7.94 | 36,680.93 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000293541 |
| 09-23 | | 21.54 | 36,659.39 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000673013 |
| 09-23 | | 21.64 | 36,637.75 | POS DB APL*ITUNES.COM/BILL 866-712-7753 CA 000000000223641 |
| 09-23 | | 31.82 | 36,605.93 | POS DB UBER * PENDING SAN FRANCISCO CA 000000000676463 |
| 09-23 | | 50.00 | 36,555.93 | POS DB SQU*SQ *JAMIE WOOLVERT Conroe TX 000000000410930 |
| 09-23 | | 50.76 | 36,505.17 | POS DB THE CORNER PUB CONROE TX 000000000213304 |
| 09-23 | | 62.79 | 36,442.38 | POS DB SP * HONEYBSOY11300846 Spring TX 000000000424959 |
| 09-23 | | 65.67 | 36,376.71 | POS DB TOMMY BAHAMA RSTRNT WOODLANDS TX 000000000509664 |
| 09-23 | | 109.00 | 36,267.71 | POS DB LEADERSHIELD MARKETING Houston TX 000000000774871 |
| 09-23 | | 132.87 | 36,134.84 | POS DB CRU WINE BAR- WOODLAND THE WOODLANDS TX 000000000610951 |
| 09-23 | | 300.00 | 35,834.84 | Online Transfer Debit     OL XFER |
| 09-23 | 0.01 | | 35,834.83 | ACH-SDV-VRFY T200154164079 Square Inc |

## Business Simple Checking 1301018246

### Transactions (continued)

| Date | Credits | Debits | Balance | Description |
|------|---------|--------|---------|-------------|
| 09-23 | | 870.94 | 34,963.89 | Check #1079 |
| 09-23 | | 1,145.80 | 33,818.09 | Check #1080 |
| 09-23 | | 1,296.92 | 32,521.17 | Check #1102 |
| 09-23 | | 639.53 | 31,881.64 | Check #1105 |
| 09-23 | | 731.94 | 31,149.70 | Check #1106 |
| 09-23 | | 414.29 | 30,735.41 | Check #1140 |
| 09-23 | | 2,636.35 | 28,099.06 | Check #1141 |
| 09-23 | | 850.00 | 27,249.06 | Check #1144 |
| 09-23 | | 1,200.00 | 26,049.06 | Check #1145 |
| 09-23 | | 250.00 | 25,799.06 | Check #1146 |
| 09-24 | 573.84 | | 26,372.90 | ACH-190924P2 Brian Gesner Square Inc |
| 09-24 | | 14.02 | 26,358.88 | POS DB Amazon.com Amzn.com/bill WA 00000000151389 |
| 09-24 | | 95.21 | 26,263.67 | POS DB HOTELSCOM8084635759185 HOTELS.COM WA 000000000420952 |
| 09-24 | | 123.62 | 26,140.05 | POS DB HOP SCHOLAR ALE HOUSE SPRING TX 000000000061670 |
| 09-24 | | 359.93 | 25,780.12 | POS DB VERBET INDUSTRIES - VB HOUSTON TX 000000000494437 |
| 09-24 | | 397.77 | 25,382.35 | Check #1082 |
| 09-24 | | 639.53 | 24,742.82 | Check #1110 |
| 09-24 | | 9,145.38 | 15,597.44 | Check #1143 |
| 09-25 | 459.50 | | 16,056.94 | ACH-190925P2 Brian Gesner Square Inc |
| 09-25 | | 21.97 | 16,034.97 | POS DB IR NEXIA INTELLIGENCE TYLER TX 000000000166850 |
| 09-25 | | 87.70 | 15,947.27 | POS DB EXPEDIA 7477871043404 EXPEDIA.COM WA 000000000188995 |
| 09-25 | | 649.00 | 15,298.27 | POS DB BNI GLOBAL LLC CHARLOTTE NC 000000000081248 |
| 09-26 | | 39.70 | 15,258.57 | POS DB IMPERFECT FOODS SAN FRANCISCO CA 000000000001471 |
| 09-26 | | 55.16 | 15,203.41 | POS DB HLU*HULU 741806976977- HULU.COM/BILL CA 000000000173652 |
| 09-26 | | 517.50 | 14,685.91 | POS DB NORTH TEXAS CRANE SE LAKE DALLAS TX 000000000373027 |
| 09-26 | | 282.50 | 14,403.41 | CASH CK #1081 |
| 09-26 | | 354.90 | 14,048.51 | Check #1104 |
| 09-28 | | 27.06 | 14,021.45 | POS DB ABC*GOLDS GYM 888-8279262 TX 000000000247204 |
| 09-30 | 554.43 | | 14,575.88 | ACH-190930P2 Brian Gesner Square Inc |
| 09-30 | | 5.40 | 14,570.48 | POS DB APL*ITUNES.COM/BILL 866-712-7753 CA 000000000380272 |
| 09-30 | | 32.46 | 14,538.02 | POS DB AMAZON.COM AMZN.COM/BI SEATTLE WA 000000000522552 |
| 09-30 | | 5.50 | 14,532.52 | EXCESSIVE TRANSACTION FEE        SVC CH* |
| 09-30 | | 12.00 | 14,520.52 | MAINTENANCE FEE              SVC CH* |
| 09-30 | | 0.00 | 14,520.52 | NET SERVICE CHARGE $17.50        SVC CH* |

| | Total for This Statement | Total for This Year |
|------|---------|---------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Insufficient Items Fees | $0.00 | $29.00 |

### Checks Cleared

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 09-10 | Check | 800.00 | 09-24 | 1082 | 397.77 | 09-23 | 1105 | 639.53 |
| 09-03 | 1053 | 2,731.47 | 09-03 | 1083 | 54.17 | 09-23 | 1106 | 731.94 |
| 09-09 | 1064* | 250.00 | 09-16 | 1084 | 558.01 | 09-21 | 1109* | 557.71 |
| 09-12 | 1065 | 5,000.00 | 09-19 | 1085 | 500.00 | 09-24 | 1110 | 639.53 |
| 09-03 | 1066 | 870.95 | 09-03 | 1086 | 250.00 | 09-16 | 1122* | 318.98 |
| 09-03 | 1067 | 801.50 | 09-09 | 1087 | 1,051.37 | 09-13 | 1123 | 551.11 |
| 09-09 | 1069* | 283.04 | 09-09 | 1088 | 299.36 | 09-16 | 1124 | 303.77 |
| 09-03 | 1070 | 763.52 | 09-09 | 1089 | 749.37 | 09-16 | 1125 | 715.87 |
| 09-03 | 1071 | 277.05 | 09-16 | 1090 | 486.40 | 09-16 | 1126 | 483.76 |
| 09-03 | 1072 | 330.80 | 09-07 | 1091 | 317.45 | 09-19 | 1127 | 728.22 |
| 09-19 | 1073 | 598.35 | 09-09 | 1092 | 246.32 | 09-16 | 1128 | 1,099.51 |
| 09-03 | 1074 | 715.87 | 09-09 | 1093 | 715.87 | 09-16 | 1129 | 196.96 |
| 09-03 | 1075 | 257.97 | 09-11 | 1094 | 294.05 | 09-13 | 1130 | 1,007.47 |
| 09-03 | 1076 | 375.14 | 09-09 | 1095 | 1,226.76 | 09-16 | 1131 | 1,069.48 |
| 09-16 | 1077 | 448.20 | 09-09 | 1096 | 533.03 | 09-16 | 1132 | 870.95 |
| 09-19 | 1078 | 1,288.40 | 09-12 | 1097 | 1,437.69 | 09-16 | 1133 | 139.17 |
| 09-23 | 1079 | 870.94 | 09-12 | 1098 | 1,460.37 | 09-16 | 1134 | 130.39 |
| 09-23 | 1080 | 1,145.80 | 09-23 | 1102* | 1,296.92 | 09-16 | 1135 | 98.45 |
| 09-26 | 1081 | 282.50 | 09-26 | 1104* | 354.90 | 09-16 | 1137* | 1,800.00 |

* Denotes a break in check sequence

**64 Check(s) Paid for a Total of $57,150.13**



## Business Simple Checking 1301018246

### Checks Cleared (continued)

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 09-16 | 1138 | 250.00 | 09-24 | 1143* | 9,145.38 | 09-23 | 1145 | 1,200.00 |
| 09-23 | 1140* | 414.29 | 09-23 | 1144 | 850.00 | 09-23 | 1146 | 250.00 |
| 09-23 | 1141 | 2,636.35 | | | | | | |

\* Denotes a break in check sequence                                **64 Check(s) Paid for a Total of $57,150.13**

### Account Summary

| | | | |
|---|---|---|---|
| Average Balance | $12,992.75 | Minimum Balance on 09/19/2019 | $2,270.55 |
| Average Collected Balance | $10,066.03 | Number of Days in Cycle | 30 |

### Daily Closing Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 09-01 | 12,732.74 | 09-11 | 16,511.03 | 09-20 | 21,596.08 |
| 09-02 | 12,347.28 | 09-12 | 4,640.42 | 09-21 | 21,033.55 |
| 09-03 | 5,751.04 | 09-13 | 13,564.57 | 09-23 | 25,799.06 |
| 09-04 | 5,205.15 | 09-14 | 13,127.40 | 09-24 | 15,597.44 |
| 09-05 | 2,523.07 | 09-16 | 9,845.89 | 09-25 | 15,298.27 |
| 09-06 | 8,754.35 | 09-17 | 14,770.97 | 09-26 | 14,048.51 |
| 09-07 | 7,210.30 | 09-18 | 8,697.10 | 09-28 | 14,021.45 |
| 09-09 | 21,101.11 | 09-19 | 2,270.55 | 09-30 | 14,520.52 |
| 09-10 | 19,355.79 | | | | |

### Account Item Images Total of 74



09/06/2019          Deposit          $4,000.00



09/06/2019          Deposit          $5,000.00



09/09/2019          Deposit          $20,000.00



09/13/2019          Deposit          $830.00



09/13/2019          Deposit          $1,500.00



09/13/2019          Deposit          $11,948.22



09/16/2019          Deposit          $7,000.00



09/17/2019          Deposit          $7,361.61

## Business Simple Checking 1301018246

### Account Item Images 74 (continued)



09/20/2019          Deposit          $22,027.00



09/23/2019          Deposit          $14,000.00



09/10/2019          Ck # 0          $800.00



09/03/2019          Ck # 1053          $2,731.47



09/09/2019          Ck # 1064          $250.00



09/12/2019          Ck # 1065          $5,000.00



09/03/2019          Ck # 1066          $870.95



09/03/2019          Ck # 1067          $801.50



09/09/2019          Ck # 1069          $283.04



09/03/2019          Ck # 1070          $763.52



09/03/2019          Ck # 1071          $277.05



09/03/2019          Ck # 1072          $330.80

## Business Simple Checking 1301018246

### Account Item Images 74 (continued)



09/19/2019              Ck # 1073              $598.35



09/03/2019              Ck # 1074              $715.87



09/03/2019              Ck # 1075              $257.97



09/03/2019              Ck # 1076              $375.14



09/16/2019              Ck # 1077              $448.20



09/19/2019              Ck # 1078              $1,288.40



09/23/2019              Ck # 1079              $870.94



09/23/2019              Ck # 1080              $1,145.80



09/26/2019              Ck # 1081              $282.50



09/24/2019              Ck # 1082              $397.77



09/03/2019              Ck # 1083              $54.17

09/16/2019              Ck # 1084              $558.01

## Business Simple Checking 1301018246

### Account Item Images 74 (continued)



09/19/2019          Ck # 1085          $500.00



09/03/2019          Ck # 1086          $250.00



09/09/2019          Ck # 1087          $1,051.37



09/09/2019          Ck # 1088          $299.36



09/09/2019          Ck # 1089          $749.37



09/16/2019          Ck # 1090          $486.40



09/07/2019          Ck # 1091          $317.45



09/09/2019          Ck # 1092          $246.32



09/09/2019          Ck # 1093          $715.87



09/11/2019          Ck # 1094          $294.05



09/09/2019          Ck # 1095          $1,226.76



09/09/2019          Ck # 1096          $533.03

## Business Simple Checking 1301018246

### Account Item Images 74 (continued)



09/12/2019          Ck # 1097          $1,437.69



09/12/2019          Ck # 1098          $1,460.37



09/23/2019          Ck # 1102          $1,296.92



09/26/2019          Ck # 1104          $354.90



09/23/2019          Ck # 1105          $639.53



09/23/2019          Ck # 1106          $731.94



09/21/2019          Ck # 1109          $557.71



09/24/2019          Ck # 1110          $639.53



09/16/2019          Ck # 1122          $318.98



09/13/2019          Ck # 1123          $551.11



09/16/2019          Ck # 1124          $303.77



09/16/2019          Ck # 1125          $715.87

## Business Simple Checking 1301018246

### Account Item Images 74 (continued)



09/16/2019          Ck # 1126          $483.76



09/19/2019          Ck # 1127          $728.22



09/16/2019          Ck # 1128          $1,099.51



09/16/2019          Ck # 1129          $196.96



09/13/2019          Ck # 1130          $1,007.47



09/16/2019          Ck # 1131          $1,069.48



09/16/2019          Ck # 1132          $870.95



09/16/2019          Ck # 1133          $139.17



09/16/2019          Ck # 1134          $130.39



09/16/2019          Ck # 1135          $98.45



09/16/2019          Ck # 1137          $1,800.00



09/16/2019          Ck # 1138          $250.00

## Business Simple Checking 1301018246

### Account Item Images 74 (continued)

PRESTIGE EXPERTS 01-19 PO BOX 1297 SPRING, TX 77383
WOODFOREST NATIONAL BANK
1140
DATE 9-18-19 AMOUNT $414.29
PAY TO THE ORDER OF RSG Mechanical
Four hundred fourteen + 29/100
AUTHORIZED SIGNATURE
⑈001140⑈ ⑆113008465⑆ ⑈1301018246⑈

09/23/2019 Ck # 1140 $414.29

PRESTIGE EXPERTS 01-19 PO BOX 1297 SPRING, TX 77383
WOODFOREST NATIONAL BANK
1141
DATE 9-19-19 AMOUNT $2636.35
PAY TO THE ORDER OF RSG Mechanical
Two thousand six hundred thirty six + 35/100
AUTHORIZED SIGNATURE
⑈001141⑈ ⑆113008465⑆ ⑈1301018246⑈

09/23/2019 Ck # 1141 $2,636.35

PRESTIGE EXPERTS 01-19 PO BOX 1297 SPRING, TX 77383
WOODFOREST NATIONAL BANK
1143
DATE 9-20-19 AMOUNT 9145.38
PAY TO THE ORDER OF Collaborative Services
Nine thousand one hundred forty five + 38/100
AUTHORIZED SIGNATURE
⑈001143⑈ ⑆113008465⑆ ⑈1301018246⑈

09/24/2019 Ck # 1143 $9,145.38

PRESTIGE EXPERTS 01-19 PO BOX 1297 SPRING, TX 77383
WOODFOREST NATIONAL BANK
1144
DATE 9-20-19 AMOUNT 850.00
PAY TO THE ORDER OF Jury S. Hernandr Reyes
Eight hundred fifty + 00/100
AUTHORIZED SIGNATURE
⑈001144⑈ ⑆113008465⑆ ⑈1301018246⑈

09/23/2019 Ck # 1144 $850.00

PRESTIGE EXPERTS 01-19 PO BOX 1297 SPRING, TX 77383
WOODFOREST NATIONAL BANK
1145
DATE 9-20-19 AMOUNT $1,200.00
PAY TO THE ORDER OF Maegan Fisher
One thousand two hundred + 00/100
AUTHORIZED SIGNATURE
⑈001145⑈ ⑆113008465⑆ ⑈1301018246⑈

09/23/2019 Ck # 1145 $1,200.00

PRESTIGE EXPERTS 01-19 PO BOX 1297 SPRING, TX 77383
WOODFOREST NATIONAL BANK
1146
DATE 9-20-19 AMOUNT 250.00
PAY TO THE ORDER OF Aaron Mouton
Two hundred fifty + 00/100
AUTHORIZED SIGNATURE
⑈001146⑈ ⑆113008465⑆ ⑈1301018246⑈

09/23/2019 Ck # 1146 $250.00

EFFECTIVE 10-1-19 THE FOLLOWING FEES ARE CHANGING:

| | | |
|---|---|---|
| OVERDRAFT (OD) ITEM FEE | $32.00 | EACH TIME AN OD ITEM IS PAID |
| INSUFFICIENT (NSF) ITEM FEE | $32.00 | EACH TIME AN ITEM IS RETURNED |



**In Case Of Errors Or Questions About Your Electronic Transfers For Consumer Accounts Only**

Telephone us at **877-968-7962** or write us at the address on the front of this statement as soon as possible, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you **no later than** 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation.

**Billing Rights Summary**
**In Case Of Errors Or Questions About Your Revolving Credit**

If you think there is an error on your statement, write to us at Woodforest National Bank, ATTN: Loan Dept., PO Box 7889, The Woodlands, TX  77387-7889.  In your letter, give us the following information:

- Account information: Your name and account number
- Dollar amount: The dollar amount of the suspected error.
- Description of the problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.  While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**In Case Of Errors Or Questions About Your Statement**

Please examine this statement upon receipt and report any differences in writing to the bank. If no differences are reported in writing within 30 days, the account will be considered correct.

Please notify us in writing of your change of address.

ACCOUNT RECONCILIATION

THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT.



↑ SHOULD AGREE WITH YOUR CHECKBOOK BALANCE ↑

