**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

---

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: _____          Date report filed: _____
                                                   MM / DD / YYYY

Line of business: _____          NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party   *kristie gesner*

Printed name of responsible party   *Kristie gesner*

### 1. Questionnaire          **Debtor is in process of reconciling its accounts and reserves the right to amend.

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐     ☐     ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ☐     ☐     ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous     $ _____
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections
    on receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                              $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.                                                          − $ _____

    Report the total from *Exhibit D* here.

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.                        + $ _____
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                                   = $ _____

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                               $ _____

    *(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                   $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              _____

27. What is the number of employees as of the date of this monthly report?             _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?        $ _____

30. How much have you paid this month in other professional fees?        $ _____

31. How much have you paid in total other professional fees since filing the case?        $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | – | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | – | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | – | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | – | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                        $ _____

36. Total projected cash disbursements for the next month:                              – $ _____

37. Total projected net cash flow for the next month:                                       = $ _____

Debtor Name _____    Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.   Bank reconciliation reports for each account.

☐   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.

# AmegyBank
## of Texas

P.O. BOX 27459 • HOUSTON, TX  77227-7459

**Statement of Accounts**
Page 1 of 13
This Statement: October 31, 2019
Last Statement: September 30, 2019

Account 5793469452

0067937          3305-06-0000-AMG-PG0023-00075

PRESTIGE HEATING AND AIR CONDITIONING LL
DEBTOR IN POSSESSION CASE # 19-35298-H3
OPERATING ACCOUNT
2129 FM 2920 RD STE 190
SPRING TX  77388-3671

**DIRECT INQUIRIES TO:**
Direct all inquiries to Customer Service:
In Houston:                  713-235-8810
In Dallas/Fort Worth:   214-754-9500
In San Antonio:           210-343-4500
Or Toll-Free:               800-287-0301
Press 0 for a Customer Service Representative

**Amegy Bank - The "A" Bank**
**Amegy Bank, a division of Zions Bancorporation, N.A.**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793469452 | $10,742.57 | |

## BUSINESS INSPIRE CHECKING 5793469452                                    151    75

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 5,936.83 | 104,903.77 | 33,619.44 | 66,478.59 | 10,742.57 |

### 33 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 10/02 | 22,059.06 | DEPOSIT 8282069515 |
| 10/04 | 11,492.65 | DEPOSIT 8282043789 |
| 10/09 | 639.40 | DEPOSIT 8282054728 |
| 10/10 | 350.55 | INTUIT PYMT SOLN DEPOSI 524771992044311REF # 019283005092588  1112143037 |
| 10/10 | 703.63 | BUSINESS MOBILE DEPOSIT CREDIT  8282022073 |
| 10/11 | 504.45 | 74445008W00R63B57 2318 GOODMAN-N HOUSTON 348 HOUSTON TX  1213056900 |
| 10/11 | 17,361.62 | DEPOSIT 8282083719 |
| 10/15 | 1.00 | 74692168W2XB81YZ5 2318 LA QUINTA INNS 0968 PLANO TX  1217337658 |
| 10/15 | 30.72 | 74610438W09FDFQLY 2318 THE HOME DEPOT #6838 HOUSTON TX  1217337657 |
| 10/15 | 691.87 | INTUIT PYMT SOLN DEPOSI 524771992044311REF # 019288007100265  1116744554 |
| 10/15 | 701.40 | INTUIT PYMT SOLN DEPOSI 524771992044311REF # 019288007157258  1116786838 |
| 10/16 | 187.89 | 746326990EJ5KDLVF 2318 JOHNSON SUPPLY SPRING SPRING TX  1213058817 |
| 10/16 | 11,400.00 | DEPOSIT 8282042441 |
| 10/17 | 303.00 | INTUIT PYMT SOLN DEPOSI 524771992044311REF # 019290009672004  1112447508 |
| 10/17 | 205.68 | BUSINESS MOBILE DEPOSIT CREDIT  8282025790 |
| 10/17 | 867.68 | BUSINESS MOBILE DEPOSIT CREDIT  8282025793 |
| 10/21 | 380.00 | INTUIT PYMT SOLN DEPOSI 524771992044311REF # 019294001342714  1114529863 |
| 10/21 | 566.84 | INTUIT PYMT SOLN DEPOSI 524771992044311REF # 019294001499186  1114569317 |
| 10/21 | 1,767.30 | DEPOSIT 8282134294 |
| 10/22 | 248.98 | BUSINESS MOBILE DEPOSIT CREDIT  8282007428 |
| 10/23 | 2,699.82 | INTUIT PYMT SOLN DEPOSI 524771992044311REF # 019296003077927  1111543452 |
| 10/23 | 3,581.97 | DEPOSIT 8282041187 |
| 10/24 | 1,897.18 | INTUIT PYMT SOLN DEPOSI 524771992044311REF # 019297004011119  1111533762 |
| 10/24 | 947.92 | DEPOSIT 8282059925 |
| 10/25 | 1,085.44 | INTUIT PYMT SOLN DEPOSI 524771992044311REF # 019298004667044  1112551832 |
| 10/25 | 6,441.15 | DEPOSIT 8282072295 |
| 10/29 | 1,800.00 | RETURN SEQ # 008282164388  1709002934 |
| 10/29 | 667.43 | INTUIT PYMT SOLN DEPOSI 524771992044311REF # 019302006474315  1113234640 |
| 10/30 | 2,796.51 | INTUIT PYMT SOLN DEPOSI 524771992044311REF # 019303007433696  1112337141 |
| 10/30 | 4,775.00 | DEPOSIT 8282035615 |
| 10/30 | 5,970.71 | DEPOSIT 8282035561 |
| 10/31 | 168.38 | 74492159FMJFXSLKK 2418 SQ *HYE RUM 877-417-4551 TX  1213151499 |
| 10/31 | 1,608.54 | DEPOSIT 8282035687 |

A division of Zions Bancorporation, N.A. Member FDIC



**An Easy Approach To Balancing Your Account**

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| Check Number | Check Amount | 1.  LIST your checkbook balance. | |
| | | 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3.  SUBTOTAL: | |
| | | 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| | | STATEMENT BALANCE | |
|---|---|---|---|
| | | 6.  LIST your current statement balance as shown on the front of this statement. | |
| | | 7.  ADD deposits made, but not shown on this statement. | |
| | | 8.  SUBTOTAL: | |
| | | 9.  SUBTRACT total from "Checks Outstanding." | |
| TOTAL: | | 10.  ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*                    *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANS ACTIONS**
As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days** after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1.  Tell us your name and account number.
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

*For CHECK RESERVE accounts:* You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any

action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at Amegy Bank, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-713- 235-8810, 1-214-754-9500 or 1-800-287-0301.

*For electronic transfers:* We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Amegy Bank, PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810, 1-214-754-9500 or 1-800-287-0301.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-287-0301.

**CHECK RESERVE PAYMENT OPTIONS**
The minimum payment due on your Check Reserve account will automatically be debited from your checking account on the payment due date unless payment is made by one of the methods listed below:

1.  Make a transfer online at www.amegybank.com.
2.  Call the customer service number listed on page one of your statement and request a transfer from your checking account to your Check Reserve account.
3.  Mail your payment to:
    Amegy Bank, PO Box 27459, Houston, TX 77227-7459
4.  Make your payment at any Amegy Bank banking center.

**We may report information about your Check Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Amegy Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

With Bank-at-Home, you have an Amegy Bank of Texas banking center everywhere you have an Internet connection.
**www.amegybank.com**



**P.O. BOX 27459 • HOUSTON, TX 77227-7459**

## 148 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 10/01 | 45.79 | 0318 P.O.S. PURCHASE Johnstone Johnstone S San Antoni TX 1410222944 |
| 10/01 | 48.47 | 0318 P.O.S. PURCHASE BUC-EE'S # BUC-EE'S #1 LULING TX 1410222945 |
| 10/02 | 89.28 | 24445008K00NWAR2M 2318 GOODMAN-TOMBALL 416 281-290-0382 TX 1212260546 |
| 10/02 | 31.36 | 24445008K00NWAR4P 2318 GOODMAN-TOMBALL 416 281-290-0382 TX 1212260544 |
| 10/02 | 190.71 | 24493988K2Q99FKVF 2318 CENTURY A/C SUPPLY 281-776-1925 TX 1212260545 |
| 10/03 | 589.61 | 24632698K5SFPZ646 2318 JOHNSON SUPPLY SPRING 281-872-3454 TX 1212961771 |
| 10/03 | 840.00 | 0318 ATM WITHDRAWAL 2000 SPRING CYPRESS RD SPRING TX 1410234762 |
| 10/03 | 74.85 | MERCHANT BNKCD DEPOSIT 346201486880 REF # 019276000550908 1112603945 |
| 10/04 | 194.85 | 24435658L5PF1V4RT 2318 LENNOX INDUSTRIES 972-497-6730 TX 1213857669 |
| 10/04 | 309.40 | 24493988M2BGYMV52 2318 CENTURY A/C SUPPLY 281-776-1925 TX 1213857671 |
| 10/04 | 183.22 | 24493988M2BHNDHAA 2318 CENTURY A/C SUPPLY 281-776-1925 TX 1213857670 |
| 10/04 | 37.09 | 0318 P.O.S. PURCHASE KROGER FUE KROGER FUEL SPRING TX 1411427921 |
| 10/07 | 235.04 | 24610438M09FP2FGD 2318 THE HOME DEPOT #6516 CONROE TX 1215289303 |
| 10/07 | 109.10 | 24632698MEJ6FVYRX 2318 JOHNSON SUPPLY SPRING 281-872-3454 TX 1215289301 |
| 10/07 | 703.58 | 24632698NEJB5NDYE 2318 JOHNSON SUPPLY SPRING 281-872-3454 TX 1215289304 |
| 10/07 | 1,289.60 | 24692168M2X6WJPTV 2318 IN *HEAVE HO CRANE CO.713-8803830 TX 1215289302 |
| 10/07 | 37.39 | 24000978PBVNH0YBP 2418 THE BUTLER HOUSE 281-6512185 TX 1215162681 |
| 10/07 | 189.13 | 24000978PQ0XDLQNM 2418 THE BUTLER HOUSE 281-6512185 TX 1215162682 |
| 10/07 | 187.00 | HOME DEPOT AUTO PYMT REF # 019280002357127 1114760877 |
| 10/08 | 87.08 | 0318 P.O.S. PURCHASE AUTOZONE AUTOZONE 4 SPRING TX 1410321881 |
| 10/09 | 27.99 | 24445008SHEWFN3AS 2318 RUDY'S SPRING #208 SPRING TX 1212553842 |
| 10/09 | 53.70 | 0318 P.O.S. PURCHASE TIGER MART TIGER MART BUFFALO TX 1410121976 |
| 10/10 | 15.13 | 24427338SMHDNL6MN 2318 SONIC DRIVE IN #4563 BUFFALO TX 1212454660 |
| 10/10 | 202.43 | 24445008V00PB7XM7 2318 GOODMAN-TOMBALL 416 281-290-0382 TX 1212454661 |
| 10/10 | 5.81 | 0318 P.O.S. PURCHASE SHELL SERVI SHELL SERVI CENTERVILL TX 1410423320 |
| 10/10 | 68.37 | 0318 P.O.S. PURCHASE 7-ELEVEN 3 7-ELEVEN 34 PLANO TX 1410423321 |
| 10/10 | 12.17 | INTUIT PYMT SOLN TRAN F 52477199204431REF # 019283005093560 1112148547 |
| 10/11 | 127.44 | 24632698VEJ51JQWG 2318 JOHNSON SUPPLY SPRING 281-872-3454 TX 1213056904 |
| 10/11 | 108.25 | 24801658V0GRXRV8R 2418 SPICEWOOD VINEYARDS SPICEWOOD TX 1213056108 |
| 10/11 | 46.24 | 24610438V09FAW60E 2318 THE HOME DEPOT #6819 MAGNOLIA TX 1213056906 |
| 10/11 | 88.69 | 24009588V2X8PGTZT 2318 THE HOLY GRAIL PUB PLANO TX 1213056902 |
| 10/11 | 1.00 | 24692168V2XNDHA6A 2318 LA QUINTA INNS 0968 PLANO TX 1213056905 |
| 10/11 | 10.95 | 24692168V2XY4K1BL 2318 WHATABURGER 891 HUTCHINS TX 1213056903 |
| 10/11 | 1,147.45 | 24445008W00R63B31 2318 GOODMAN-N HOUSTON 348 281-448-2665 TX 1213056901 |
| 10/11 | 61.00 | 0190AVU2 PRESTIG PAYROL 0190AVU2 REF # 019284006126182 1112360933 |
| 10/11 | 125.30 | 0190AVU2 PRESTIG PAYROL 0190AVU2 REF # 019284006126181 1112360932 |
| 10/11 | 2,189.14 | 0190AVU2 PRESTIG PAYROL 0190AVU2 REF # 019284006126183 1112360934 |
| 10/15 | 172.79 | 24610438W09FDFF2Y 2318 THE HOME DEPOT #6838 HOUSTON TX 1217337661 |
| 10/15 | 63.52 | 24610438W09FDFF4R 2318 THE HOME DEPOT #6838 HOUSTON TX 1217337665 |
| 10/15 | 33.15 | 24316058WFYW30P92 2318 SHELL OIL 54216000023 CENTERVILLE TX 1217337664 |
| 10/15 | 3.79 | 24316058WFYW8PSLL 2418 SHELL OIL 54216000023 CENTERVILLE TX 1217336338 |
| 10/15 | 74.08 | 24431058X2LR0BKL5 2318 ROMANOS 1088 THE WOODLANDS TX 1217337660 |
| 10/15 | 12.74 | 24269798X00Z64BJ6 2318 CILANTROS MEXICAN GRILTHE WOODLANDS T 1217337662 |
| 10/15 | 50.00 | 24692168W2XGX6Y68 2318 IN *RICH PRODUCTION 713-3974401 TX 1217337659 |
| 10/15 | 90.78 | 24798658X8AL2BX4V 2318 FIELDINGS LOCAL KITCHETOMBALL TX 1217337663 |
| 10/15 | 96.19 | 24798658X8AL2BX53 2318 FIELDINGS LOCAL KITCHETOMBALL TX 1217337666 |
| 10/15 | 52.67 | 24269799000V56VY8 2318 ROCK AND ROLL SUSHI - SPRING TX 1217152993 |
| 10/15 | 705.68 | 2476062908PQNP0HK 2318 A BUSY BEES FULL AUTO SPRING TX 1217152992 |
| 10/15 | 48.49 | 0318 P.O.S. PURCHASE KROGER FUE KROGER FUEL SPRING TX 1414898004 |
| 10/15 | 49.72 | 0318 P.O.S. PURCHASE CST 1907 CST 1907 SPRING TX 1414898005 |
| 10/15 | 23.77 | INTUIT PYMT SOLN TRAN F 52477199204431REF # 019288007102047 1116756514 |
| 10/15 | 24.35 | INTUIT PYMT SOLN TRAN F 52477199204431REF # 019288007156468 1116797748 |
| 10/16 | 366.09 | 24632699EJ5KDLT0 2318 JOHNSON SUPPLY SPRING 281-872-3454 TX 1213058821 |
| 10/16 | 308.00 | 24632699EJ5KDLL4 2318 JOHNSTONE SUPPLY OF HO713-868-8967 TX 1213058820 |
| 10/16 | 68.52 | 24632699EJ5KDLNP 2318 JOHNSTONE SUPPLY OF HO713-868-8967 TX 1213058823 |
| 10/16 | 1,501.63 | 24040489IBMDH84OT 2318 VERBET INDUSTRIES - VBHOUSTON TX 1213058824 |
| 10/16 | 17.34 | 244921590MJ3DLZ4 2318 SQ *THE PHENIX CAFE HOUSTON TX 1213058818 |
| 10/16 | 225.00 | 2427074900XM9DNXZ 2318 JPCt 1-2 Fine Fee INT 713-7555195 TX 1213058819 |
| 10/16 | 155.00 | 2427074900XM9EKY3 2318 JPCt 1-2 Fine Fee INT 713-7555195 TX 1213058822 |
| 10/17 | 306.51 | 24632699EJ4RCQ3P1 2318 JOHNSON SUPPLY SPRING 281-872-3454 TX 1212755341 |
| 10/17 | 138.09 | 24632699EJ4RQ3TM 2318 JOHNSON SUPPLY SPRING 281-872-3454 TX 1212755340 |
| 10/17 | 135.57 | 24692169212XLHARRZ 2318 AT&T *PAYMENT 800-288-2020 TX 1212755338 |
| 10/17 | 1,658.39 | 24760629ZDMP3GRRV 2318 RAMSEY AND CO 713-8694608 TX 1212755337 |
| 10/17 | 312.84 | 24445009200NEQ4YB 2318 GOODMAN-N HOUSTON 348 281-448-2665 TX 1212755339 |
| 10/17 | 6.48 | 0318 P.O.S. PURCHASE O'REILLY A O'REILLY AU SPRING TX 1410323468 |
| 10/17 | 10.55 | INTUIT PYMT SOLN TRAN F 52477199204431REF # 019290009670249 1112755090 |
| 10/18 | 102.83 | 2443106922DZJJS5A 2318 AMAZON.COM*H53UI9IP3 AAMZN.COM/BILL W 1213756094 |
| 10/18 | 773.71 | 24639239236SDYA4F 2318 CYTEL 800-4469010 TX 1213756092 |
| 10/18 | 75.00 | 244921592RTYLX5M0 2318 PAYPAL *BNIMCMONEYM 402-935-7733 CA 1213756093 |
| 10/18 | 43.62 | 2413746928PY187SY 2318 TST* RAKUU RESTAURANT SPRING TX 1213756096 |

A division of Zions Bancorporation, N.A. Member FDIC 

0067937-0000002-0150921

Page 4 of 13
October 31, 2019
PRESTIGE HEATING AND AIR CONDITIONING LL
5793469452
Amegy Bank of Texas

Continued ...

| Date | Amount | Description |
|---|---|---|
| 10/18 | 712.79 | 240404893BMDK555W 2318 VERBET INDUSTRIES - VBHOUSTON TX  1213756097 |
| 10/18 | 41.06 | 0318 P.O.S. PURCHASE TIMEWISE # TIMEWISE #8 SPRING TX  1411027139 |
| 10/18 | 24.63 | 0318 P.O.S. PURCHASE HWY 290 GE HWY 290 GEN DRIPPING S TX  1411027138 |
| 10/18 | 61.00 | 0190AVU2 PRESTIG PAYROL 0190AVU2 REF # 019291000487393  1113163428 |
| 10/18 | 125.30 | 0190AVU2 PRESTIG PAYROL 0190AVU2 REF # 019291000487392  1113163427 |
| 10/18 | 2,594.50 | 0190AVU2 PRESTIG PAYROL 0190AVU2 REF # 019291000487394  1113163429 |
| 10/21 | 275.96 | 24610439309FK9SLJ 2318 THE HOME DEPOT #6516 CONROE TX  1215186533 |
| 10/21 | 38.56 | 24610439309FK9STE 2318 THE HOME DEPOT #6516 CONROE TX  1215186539 |
| 10/21 | 872.45 | 2469216942XXS1JQD 2318 STATE AUTO MUTUALINSCO800-444-9950 OH  1215186538 |
| 10/21 | 384.03 | 24610439409FPF1J7 2318 THE HOME DEPOT #6516 CONROE TX  1215186537 |
| 10/21 | 217.41 | 24632699EJB1DJZF 2318 JOHNSTONE SUPPLY OF HO713-868-8967 TX  1215186532 |
| 10/21 | 47.51 | 2480166950GRZB8BA 2318 ROYERS CAFE ROUNDTOP TX  1215065185 |
| 10/21 | 166.01 | 2469216952XNWY4K9 2318 COMCAST HOUSTON CS 1X 800-266-2278 TX  1215186536 |
| 10/21 | 121.19 | 244921595MJF47HL8 2318 SQ *HYE RUM JOHNSON CITY TX  1215186535 |
| 10/21 | 151.32 | 244921594RWLKE0X9 2318 SQ *HYE RUM JOHNSON CITY TX  1215186534 |
| 10/21 | 100.82 | 248019795BMB9P9WF 2318 FRENCH CONNECTION WINEHYE TX  1215065184 |
| 10/21 | 44.17 | 0318 P.O.S. PURCHASE CHEVRON/HA CHEVRON/HAM AUSTIN TX  1412977767 |
| 10/21 | 13.42 | INTUIT PYMT SOLN TRAN F 52477199204431IREF # 019294001138523  1114535225 |
| 10/21 | 16.69 | INTUIT PYMT SOLN TRAN F 52477199204431IREF # 019294001499978  1114572334 |
| 10/22 | 142.11 | 2422369960FVNQPW7 2318 CALAIS WINERY HYE TX  1213053159 |
| 10/22 | 4.00 | 244921596LYHAT6AM 2318 AIRBNB HMAE8SQBHM AIRBNB.COM CA  1213053158 |
| 10/23 | 88.17 | 246326697E J3QEWPR 2318 JOHNSON SUPPLY SPRING 281-872-3454 TX  1211954385 |
| 10/23 | 290.73 | 247650197M44SBGF7 2318 COASTAL HVAC SUPPLY 281-445-3237 TX  1211954383 |
| 10/23 | 213.60 | 2449398982BH33QR8 2318 CENTURY A/C SUPPLY 281-776-1925 TX  1211954387 |
| 10/23 | 269.35 | 240404898BMDNZ7EP 2318 VERBET INDUSTRIES - VBHOUSTON TX  1211954388 |
| 10/23 | 51.33 | 240404898BMDNZ7F7 2318 VERBET INDUSTRIES - VBHOUSTON TX  1211954386 |
| 10/23 | 91.01 | 2449398982BHNRGJA 2318 CENTURY A/C SUPPLY 281-776-1925 TX  1211954384 |
| 10/23 | 92.04 | INTUIT PYMT SOLN TRAN F 52477199204431IREF # 019296003078669  1111546778 |
| 10/24 | 126.64 | 246326998EJ3RTG72 2318 JOHNSTONE SUPPLY OF HO713-868-8967 TX  1211854353 |
| 10/24 | 65.94 | 24610439809FEJTRT 2318 THE HOME DEPOT #0566 HOUSTON TX  1211854357 |
| 10/24 | 50.00 | 2455194980EXDJM0E 2318 TIMER SAVER FOOD MART SPRING  TX  1211854361 |
| 10/24 | 14.43 | 2443106980RSJPBNV 2318 ADOBE ACROPRO SUBS 800-833-6687 CA  1211854356 |
| 10/24 | 603.37 | 2427539980XTX36R7 2318 Texans Energy 855-5083926 TX  1211854354 |
| 10/24 | 101.16 | 2490641982BZBZ819 2318 DNH*GODADDY.COM 480-5058855 AZ  1211854355 |
| 10/24 | 109.00 | 244921598JHAKNW3V 2318 LEADERSHIELD MARKETINGWWW.LEADERSHI T  1211854359 |
| 10/24 | 2.14 | 247606299DMP3BPBE 2318 SERVICECHANNEL.COM 516-2406800 NY  1211854358 |
| 10/24 | 83.00 | 244921598JHATAGXL 2318 LISTING LAWN MAINT YDBK.CO114105 TX  1211854360 |
| 10/24 | 240.66 | 0318 P.O.S. PURCHASE LOWE'S #28 LOWE'S #282 SPRING TX  1409922739 |
| 10/24 | 65.01 | INTUIT PYMT SOLN TRAN F 52477199204431IREF # 019297004011009  1111538916 |
| 10/24 | 271.85 | DELUXE BUS SYS. BUS PRO 86409892 REF # 019297003866594  1111536859 |
| 10/25 | 254.54 | TRANSFER DEBIT  5793469445 |
| 10/25 | 37.77 | 2434285990FVF7EXE 2418 Fu Manchung Spring TX  1213055140 |
| 10/25 | 443.79 | 24445009A00R9ERR4 2318 GOODMAN-TOMBALL 416 281-290-0382 TX  1213055836 |
| 10/25 | 15.03 | 24040489ABMDRW8HV 2318 VERBET INDUSTRIES - VBHOUSTON TX  1213055835 |
| 10/25 | 54.61 | 0318 P.O.S. PURCHASE H-E-B GAS/ H-E-B GAS/C SPRING TX  1410927539 |
| 10/25 | 34.78 | INTUIT PYMT SOLN TRAN F 52477199204431IREF # 019298004668962  1112558196 |
| 10/25 | 55.00 | 0190AVU2 PRESTIG PAYROL 0190AVU2 REF # 019297004538581  1112543024 |
| 10/25 | 125.30 | 0190AVU2 PRESTIG PAYROL 0190AVU2 REF # 019297004538583  1112543023 |
| 10/25 | 1,750.44 | 0190AVU2 PRESTIG PAYROL 0190AVU2 REF # 019297004538582  1112543025 |
| 10/25 | 59.80 | MERCHANT BNKCD FINCL AD 346201486880 REF # 019298004911557  1112502708 |
| 10/28 | 782.85 | 24632699AEJ605GRR 2318 JOHNSTONE SUPPLY OF HO713-868-8967 TX  1215379073 |
| 10/28 | 39.70 | 24610439A09FR5DLH 2318 THE HOME DEPOT #6516 CONROE TX  1215379066 |
| 10/28 | 175.00 | 24323009A2MDMMWEB 2318 PRONTO CRANE HOUSTON TX  1215379070 |
| 10/28 | 16.65 | 24186169ABLY552LK 2318 BURGER KING #3669 TOMBALL TX  1215379072 |
| 10/28 | 101.00 | 24071059AJ830A2VS 2318 CITY OF JERSEY VILLAGEJERSEY VILLAG T  1215379071 |
| 10/28 | 23.37 | 24610439A09FR4KJ7 2318 THE HOME DEPOT #6510 HOUSTON TX  1215379069 |
| 10/28 | 19.46 | 24493989B2BS80LF9 2318 CENTURY A/C SUPPLY 281-776-1925 TX  1215379068 |
| 10/28 | 10.00 | 24492159BRSAJ222R 2318 PAYPAL *LEADERSHIEL 402-935-7733 CA  1215379067 |
| 10/28 | 489.72 | 24632699Q2XQ9AS2G 2318 JOHNSON SUPPLY SPRING 281-872-3454 TX  1215259025 |
| 10/28 | 79.08 | 24707809Q0GTJNMEG 2318 EL CHAPARRO #2 TOMBALL TX  1215259023 |
| 10/28 | 118.00 | 24137469DHEX351TK 2318 USPS PO BOXES ONLINE 800-344-7779 DC  1215259024 |
| 10/28 | 99.85 | 0318 P.O.S. PURCHASE LOWE'S #28 LOWE'S #282 SPRING TX  1413175827 |
| 10/29 | 719.33 | 24040489EBMDH841K 2318 VERBET INDUSTRIES - VBHOUSTON TX  1213352070 |
| 10/29 | 182.80 | 24692169D2XYA9LL8 2318 WCI*WASTECONNECTIONSTX281-446-2322 TX  1213352069 |
| 10/29 | 37.83 | 24692169D2Y1GV98N 2318 FSI*CENTERPOINT ENERGY800-967-9649 TX  1213352071 |
| 10/29 | 146.14 | 24492159ERTFLY84A 2318 PAYPAL *INHOUSECHEF 402-935-7733 CA  1213352068 |
| 10/29 | 23.44 | INTUIT PYMT SOLN TRAN F 52477199204431IREF # 019302006473019  1113240699 |
| 10/30 | 61.00 | 24164059EB01KP65N 2318 EXXONMOBIL 99270472SPRING TX  1212451887 |
| 10/30 | 95.58 | INTUIT PYMT SOLN TRAN F 52477199204431IREF # 019303007433578  1112343111 |
| 10/31 | 25.08 | 24610439F09FE3ZYV 2318 HOMEDEPOT.COM 800-430-3376 GA  1213152168 |
| 10/31 | 55.19 | 24013399F03W8KWXY 2318 JASPERS WOODLANDS SPRING TX  1213152167 |
| 10/31 | 168.38 | 24492159FMJFXSLKE 2418 SQ *HYE RUM 877-417-4551 TX  1213151500 |

A division of Zions Bancorporation, N.A. Member FDIC  

**AmegyBank** of Texas

P.O. BOX 27459 • HOUSTON, TX  77227-7459

Page 9 of 13
October 31, 2019
PRESTIGE HEATING AND AIR CONDITIONING LL
5793469452

Continued ...

| Date | Amount | Description |
|---|---|---|
| 10/31 | 400.00 | 24692169F2XA8GMQV 2318 IN *RICH PRODUCTION 713-3974401 TX  1213152169 |
| 10/31 | 119.64 | 0418 P.O.S. PURCHASE ALDI 78063 ALDI 78063 SPRING TX  1410624721 |
| 10/31 | 222.43 | 0418 P.O.S. PURCHASE H-E-B #748 H-E-B #748 SPRING TX  1410624722 |
| 10/31 | 2.00 | STATEMENT & PAPER STMT FEE  0000122390 |
| 10/31 | 18.92 | CURRENCY FEE |
| 10/31 | 101.00 | DEPOSITED TRANSIT ITEMS FEE |

## 59  CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 97 | 10/28 | 548.84 | 2796 | 10/04 | 44.25 | 2830* | 10/15 | 4,700.00 |
| 98 | 10/25 | 672.52 | 2797 | 10/15 | 61.50 | 2831 | 10/21 | 257.07 |
| 99 | 10/30 | 715.87 | 2801* | 10/04 | 102.85 | 2832 | 10/18 | 250.00 |
| 100 | 10/25 | 792.65 | 2803* | 10/08 | 2,394.80 | 2833 | 10/28 | 88.20 |
| 101 | 10/29 | 513.09 | 2804 | 10/15 | 600.00 | 2834 | 10/25 | 250.00 |
| 102 | 10/25 | 729.47 | 2805 | 10/04 | 250.00 | 2835 | 10/25 | 5,600.00 |
| 103 | 10/28 | 799.49 | 2806 | 10/11 | 250.00 | 2836 | 10/28 | 1,800.00 |
| 104 | 10/28 | 864.95 | 2807 | 10/08 | 7,000.00 | 2837 | 10/17 | 1,288.40 |
| 2767* | 10/04 | 1,000.00 | 2808 | 10/15 | 160.00 | 2839* | 10/17 | 1,380.81 |
| 2768 | 10/03 | 8,028.90 | 2809 | 10/10 | 728.20 | 2840 | 10/21 | 1,364.94 |
| 2786* | 10/07 | 870.96 | 2810 | 10/15 | 398.47 | 2841 | 10/18 | 648.15 |
| 2787 | 10/04 | 794.95 | 2811 | 10/11 | 502.11 | 2842 | 10/18 | 409.87 |
| 2788 | 10/07 | 350.73 | 2812 | 10/15 | 991.46 | 2843 | 10/18 | 443.33 |
| 2789 | 10/04 | 229.62 | 2813 | 10/11 | 1,288.40 | 2844 | 10/18 | 1,296.44 |
| 2790 | 10/04 | 796.45 | 2814 | 10/17 | 715.88 | 2845 | 10/23 | 715.87 |
| 2791 | 10/04 | 728.21 | 2815 | 10/11 | 489.43 | 2846 | 10/18 | 486.91 |
| 2792 | 10/04 | 1,288.40 | 2816 | 10/15 | 629.29 | 2848* | 10/21 | 720.42 |
| 2793 | 10/09 | 715.87 | 2817 | 10/11 | 864.94 | 2850* | 10/31 | 3,552.63 |
| 2794 | 10/04 | 269.04 | 2818 | 10/11 | 535.07 | 9999* | 10/21 | 1,966.00 |
| 2795 | 10/15 | 459.64 | 2819 | 10/11 | 83.25 | | | |

*Not in check sequence*

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $790.00 |
| Total Returned Item Fees | $0.00 | $3,045.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/01 | 5,842.57 | 10/11 | 19,678.15 | 10/23 | 8,409.72 |
| 10/02 | 27,590.28 | 10/15 | 11,601.06 | 10/24 | 9,521.62 |
| 10/03 | 18,056.92 | 10/16 | 20,547.29 | 10/25 | 6,172.51 |
| 10/04 | 23,321.24 | 10/17 | 15,970.13 | 10/28 | 116.35 |
| 10/07 | 19,348.71 | 10/18 | 7,880.99 | 10/29 | 961.15 |
| 10/08 | 9,866.83 | 10/21 | 3,837.16 | 10/30 | 13,630.92 |
| 10/09 | 9,708.67 | 10/22 | 3,940.03 | 10/31 | 10,742.57 |
| 10/10 | 9,730.74 | | | | |

A division of Zions Bancorporation, N.A. Member FDIC 

0067937-00000003-0150922

This page intentionally left blank

0067937-0000003-0150922

Posted 10/02/19    DEPOSIT    $22059.06
Posted 10/04/19    DEPOSIT    $11492.65
Posted 10/09/19    DEPOSIT    $639.40
Posted 10/10/19    DEPOSIT    $703.63
Posted 10/11/19    DEPOSIT    $17361.62
Posted 10/16/19    DEPOSIT    $11400.00
Posted 10/17/19    DEPOSIT    $205.68
Posted 10/17/19    DEPOSIT    $867.68
Posted 10/21/19    DEPOSIT    $1767.30
Posted 10/22/19    DEPOSIT    $248.98
Posted 10/23/19    DEPOSIT    $3581.97
Posted 10/24/19    DEPOSIT    $947.92

Case 19-35208    Document 60    Filed in TXSB on 12/10/19    Page 12 of 25



Posted 10/25/19    DEPOSIT      $6441.15

Posted 10/30/19    DEPOSIT      $4775.00



Posted 10/30/19    DEPOSIT      $5970.71



Posted 10/31/19    DEPOSIT      $1608.54



Posted 10/28/19    Ch# 097      $548.84



Posted 10/25/19    Ch# 098      $672.52

Posted 10/30/19    Ch# 099      $715.87



Posted 10/25/19    Ch# 100      $792.65

Posted 10/29/19    Ch# 101      $513.09

Posted 10/25/19    Ch# 102      $729.47



Posted 10/28/19    Ch# 103      $799.49



Posted 10/28/19    Ch# 104      $864.95





Posted 10/04/19 Ch# 2767 $1000.00

Posted 10/03/19 Ch# 2768 $8028.90





Posted 10/07/19 Ch# 2786 $870.96

Posted 10/04/19 Ch# 2787 $794.95









Posted 10/07/19 Ch# 2788 $350.73

Posted 10/04/19 Ch# 2789 $229.62







Posted 10/04/19 Ch# 2790 $796.45

Posted 10/04/19 Ch# 2791 $728.21





Posted 10/04/19 Ch# 2792 $1288.40

Posted 10/09/19 Ch# 2793 $715.87





Posted 10/04/19 Ch# 2794 $269.04

Posted 10/15/19 Ch# 2795 $459.64

Amegy Bank of Texas          Account #      5793469452




Posted 10/04/19  Ch# 2796          $44.25




Posted 10/15/19  Ch# 2797          $61.50




Posted 10/04/19  Ch# 2801          $102.85




Posted 10/08/19  Ch# 2803          $2394.80



Posted 10/15/19  Ch# 2804          $600.00



Posted 10/04/19  Ch# 2805          $250.00



Posted 10/11/19  Ch# 2806          $250.00



Posted 10/08/19  Ch# 2807          $7000.00



Posted 10/15/19  Ch# 2808          $160.00



Posted 10/10/19  Ch# 2809          $728.20



Posted 10/15/19  Ch# 2810          $398.47



Posted 10/11/19  Ch# 2811          $502.11

---

| | |
|---|---|
| 2812 — PRESTIGE HEATING AND AIR CONDITIONING,LLC — 10/11/19 — Pay to the order of Michael A. Gill — $991.46 — Nine hundred & ninety-one & 46/100 — Memo 10/3-10/9/19 — Void after 90 days | 2813 — PRESTIGE HEATING AND AIR CONDITIONING,LLC — 10/11/19 — Pay to the order of Brian Gesner — $1288.40 — One thousand two hundred & eighty-eight & 40/100 — Memo 10/3-10/9/19 — Void after 90 days |
| Posted 10/15/19 Ch# 2812 — $991.46 | Posted 10/11/19 Ch# 2813 — $1288.40 |
| 2814 — PRESTIGE HEATING AND AIR CONDITIONING,LLC — 10/11/19 — Pay to the order of Megan A. Fisher — $715.88 — Seven hundred & fifteen & 88/100 — Memo 10/3-10/9/19 — Void after 90 days | 2815 — PRESTIGE HEATING AND AIR CONDITIONING,LLC — 10/11/19 — Pay to the order of Jaimie L. Dye — $489.43 — Four hundred & eighty-nine & 43/100 — Memo 10/3-10/9/19 — Void after 90 days |
| Posted 10/17/19 Ch# 2814 — $715.88 | Posted 10/11/19 Ch# 2815 — $489.43 |
| 2816 — PRESTIGE HEATING AND AIR CONDITIONING,LLC — 10/11/19 — Pay to the order of Cooper L. Burns — $629.29 — Six hundred & twenty-nine & 29/100 — Memo 10/3-10/9/19 — Void after 90 days | 2817 — PRESTIGE HEATING AND AIR CONDITIONING,LLC — 10/11/19 — Pay to the order of Steven Silveto — $864.94 — Eight hundred & sixty-four & 94/100 — Memo 10/3-10/9/19 — Void after 90 days |
| Posted 10/15/19 Ch# 2816 — $629.29 | Posted 10/11/19 Ch# 2817 — $864.94 |
| 2818 — PRESTIGE HEATING AND AIR CONDITIONING,LLC — 10/11/19 — Pay to the order of Juan P. Ortiz-Martinez — $535.07 — Five hundred & thirty-five & 07/100 — Memo 10/3-10/9/19 — Void after 90 days | 2819 — PRESTIGE HEATING AND AIR CONDITIONING,LLC — 10/11/19 — Pay to the order of Juan P. Ortiz Martinez — $83.25 — Eighty-three & 25/100 — Memo Reimbursement — Void after 90 days |
| Posted 10/11/19 Ch# 2818 — $535.07 | Posted 10/11/19 Ch# 2819 — $83.25 |
| 2830 — PRESTIGE HEATING AND AIR CONDITIONING,LLC — 10/14/19 — Pay to the order of Northside Waterworks — $4,700.00 — Four thousand seven hundred & 00/100 — Memo Tune Up Amarillo — Void after 90 days | 2831 — PRESTIGE HEATING AND AIR CONDITIONING,LLC — 10/18/19 — Pay to the order of Cooper Burns — $257.07 — Two hundred fifty-seven & 07/100 — Memo Reimbursements — Void after 90 days |
| Posted 10/15/19 Ch# 2830 — $4700.00 | Posted 10/21/19 Ch# 2831 — $257.07 |





Posted 10/18/19 Ch# 2832 — $250.00

Posted 10/28/19 Ch# 2833 — $88.20



Posted 10/25/19  Ch# 2834          $250.00



Posted 10/25/19  Ch# 2835          $5600.00



Posted 10/28/19  Ch# 2836          $1800.00



Posted 10/17/19  Ch# 2837          $1288.40



Posted 10/17/19  Ch# 2839          $1380.81



Posted 10/21/19  Ch# 2840          $1364.94



Posted 10/18/19  Ch# 2841          $648.15



Posted 10/18/19  Ch# 2842          $409.87



Posted 10/18/19  Ch# 2843          $443.33



Posted 10/18/19  Ch# 2844          $1296.44



Posted 10/23/19  Ch# 2845          $715.87



Posted 10/18/19  Ch# 2846          $486.91



Posted 10/21/19    Ch# 2848                    $720.42



Posted 10/31/19    Ch# 2850                    $3552.63



Posted 10/21/19    Ch# 9999                    $1966.00

0067937-0000007-0150926

# AmegyBank
## of Texas

P.O. BOX 27459 • HOUSTON, TX 77227-7459

**Statement of Accounts**
Page 1 of 2
This Statement: October 31, 2019
Last Statement: September 30, 2019

Account 5793469445

0067936          3305-06-0000-AMG-PG0023-00000

PRESTIGE HEATING AND AIR CONDITIONING LL
DEBTOR IN POSSESSION CASE # 19-35298-H3
PAYROLL ACCOUNT
2129 FM 2920 RD STE 190
SPRING TX 77388-3671

**DIRECT INQUIRIES TO:**
Direct all inquiries to Customer Service:
In Houston:              713-235-8810
In Dallas/Fort Worth:    214-754-9500
In San Antonio:          210-343-4500
Or Toll-Free:            800-287-0301
Press 0 for a Customer Service Representative

**Amegy Bank - The "A" Bank**
**Amegy Bank, a division of Zions Bancorporation, N.A.**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793469445 | $0.00 | |

## BUSINESS INSPIRE CHECKING 5793469445                                    151     0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 0.00 | 254.54 | 254.54 | 0.00 | 0.00 |

**1 DEPOSIT/CREDIT**

| Date | Amount | Description |
|---|---|---|
| 10/25 | 254.54 | TRANSFER CREDIT 5793469452 |

**1 CHARGE/DEBIT**

| Date | Amount | Description |
|---|---|---|
| 10/25 | 254.54 | DELUXE BUS SYS. BUS PRO 86409904 REF # 019298004694503  1112558487 |

**0 CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance |
|---|---|
| 10/25 | 0.00 |

A division of Zions Bancorporation, N.A. Member FDIC                  0067936-0000001-0150919

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10.  ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

### PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers.  Failure to do so may result in your loss of certain rights or remedies.  For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find.  Businesses should check their account transactions daily, for which various online services are available.  For additional information, please see your deposit account agreement and application service agreement(s) for details.  See also the consumer disclosures below.

### CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANS ACTIONS

As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days** after we sent or made available the **FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1.  Tell us your name and account number.
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

*For CHECK RESERVE accounts:* You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any

action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at Amegy Bank, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-713- 235- 8810, 1-214-754-9500 or 1-800-287-0301.

*For electronic transfers:* We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Amegy Bank, PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810, 1-214- 754-9500 or 1-800-287-0301.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance.  If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-287-0301.

### CHECK RESERVE PAYMENT OPTIONS

The minimum payment due on your Check Reserve account will automatically be debited from your checking account on the payment due date unless payment is made by one of the methods listed below:

1.  Make a transfer online at www.amegybank.com.
2.  Call the customer service number listed on page one of your statement and request a transfer from your checking account to your Check Reserve account.
3.  Mail your payment to:
    Amegy Bank, PO Box 27459, Houston, TX 77227-7459
4.  Make your payment at any Amegy Bank banking center.

**We may report information about your Check Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Amegy Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

With Bank-at-Home, you have an Amegy Bank of Texas banking center everywhere you have an Internet connection.
**www.amegybank.com**



 **Account Information & Customer Service**
**1-(877) 968-7962**

 **P.O. Box 7889 The Woodlands, TX 77387**

 **Visit Us Online at www.woodforest.com**

 **Like Us On**  **Follow Us on**

00001020 TW100T11011911063100 5 000000000 **2093233913**


KRISTIE M GESNER
PO BOX 1297
SPRING TX 77383

## Summary of Accounts

| ACCOUNT TYPE AND NUMBER | BALANCE FORWARD | TOTAL DEBITS | TOTAL CREDITS | CLOSING BALANCE |
|---|---|---|---|---|
| Business Simple Checking 1301018246 | 14,520.52 | 30,576.50 | 16,044.25 | -11.73 |

## Business Simple Checking 1301018246

## Transactions

| Date | Credits | Debits | Balance | Description |
|---|---|---|---|---|
| 10-01 | 482.18 | | 15,002.70 | ACH-191001P2 Brian Gesner Square Inc |
| 10-01 | | 2.99 | 14,999.71 | POS DB APL*ITUNES.COM/BILL 866-712-7753 CA 000000000164027 |
| 10-01 | | 4.32 | 14,995.39 | POS DB Amazon Music 888-802-3080 WA 000000000563879 |
| 10-01 | | 110.93 | 14,884.46 | POS DB TELLERS LOBBY BAR SAN ANTONIO TX 000000000734751 |
| 10-01 | | 3,500.00 | 11,384.46 | Check  #1099 |
| 10-01 | | 149.78 | 11,234.68 | Check  #1107 |
| 10-01 | | 1,288.40 | 9,946.28 | Check  #1166 |
| 10-01 | | 728.21 | 9,218.07 | Check  #1168 |
| 10-01 | | 870.96 | 8,347.11 | Check  #1170 |
| 10-01 | | 570.22 | 7,776.89 | Check  #1174 |
| 10-02 | | 10.00 | 7,766.89 | POS DB PAYPAL *LEADERSHIEL 4029357733 CA 000000000280358 |
| 10-02 | | 32.47 | 7,734.42 | POS DB SPRING FITNESS PEAKSERVE.COM TX 000000000212655 |
| 10-02 | | 150.00 | 7,584.42 | POS DB ENTERPRISE RENT-A-CAR SPRING TX 000000000365659 |
| 10-02 | | 219.94 | 7,364.48 | POS DB DRURY PLAZA RIVERWALK SAN ANTONIO TX 000000000184791 |
| 10-02 | | 258.23 | 7,106.25 | POS DB DISCOUNT-TIRE-CO SPRING TX 000000000520061 |
| 10-02 | | 330.81 | 6,775.44 | Check  #1112 |
| 10-02 | | 795.18 | 5,980.26 | Check  #1169 |
| 10-03 | | 17.28 | 5,962.98 | POS DB APL*ITUNES.COM/BILL 866-712-7753 CA 000000000012090 |
| 10-03 | | 61.73 | 5,901.25 | POS DB CST 1907 SPRING TX 000000000360963 |
| 10-03 | | 94.87 | 5,806.38 | POS DB CNS AT&T K932 10710961297 SPRING TX 000000000995266 |
| 10-03 | | 105.80 | 5,700.58 | POS DB Evernote Mountain View CA 000000000510648 |
| 10-03 | | 193.83 | 5,506.75 | POS DB CNS AT&T K932 10710761201 SPRING TX 000000000992789 |
| 10-03 | | 500.00 | 5,006.75 | POS DB Visual Edge - TLC 800-8563900 TX 000000000005520 |
| 10-03 | | 715.87 | 4,290.88 | Check  #1165 |
| 10-04 | 1,133.75 | | 5,424.63 | ACH-INTUITPMTS 524771992044311 INTUIT PYMT SOLN |
| 10-04 | | 5.41 | 5,419.22 | POS DB AT&T K932 10710 SPRING TX 000000000477729 |
| 10-04 | | 216.49 | 5,202.73 | POS DB AMZN Mktp US Amzn.com/bill WA 000000000269491 |
| 10-04 | | 61.00 | 5,141.73 | ACH-PAYROLL 0190AVU2 0190AVU2 PRESTIG |
| 10-04 | | 119.30 | 5,022.43 | ACH-PAYROLL 0190AVU2 0190AVU2 PRESTIG |
| 10-04 | | 1,591.96 | 3,430.47 | ACH-PAYROLL 0190AVU2 0190AVU2 PRESTIG |
| 10-04 | | 547.74 | 2,882.73 | Check  #1108 |
| 10-04 | | 2,454.50 | 428.23 | Check  #1136 |
| 10-04 | | 170.87 | 257.36 | Check  #1139 |
| 10-04 | | 389.87 | -132.51 | Check  #1147 |
| 10-04 | | 32.00 | -164.51 | OVERDRAFT ITEM FEE |
| 10-05 | 500.00 | | 335.49 | POS CR ENTERPRISE RENT-A-CAR SPRING TX 000000000001138 |
| 10-05 | | 3.90 | 331.59 | POS DB 7172 Golds Gym The Woodlands TX 000000000155779 |
| 10-05 | | 14.11 | 317.48 | POS DB EXXON CST 1907 SPRING TX 000000000319592 |
| 10-07 | 1,804.28 | | 2,121.76 | ACH-DEPOSIT 524771992044311 INTUIT PYMT SOLN |



**MEMBER FDIC ⌂ EQUAL HOUSING LENDER • AN EQUAL OPPORTUNITY EMPLOYER**

## Business Simple Checking 1301018246

### Transactions (continued)

| Date | Credits | Debits | Balance | Description |
|------|---------|--------|---------|-------------|
| 10-07 | | 18.07 | 2,103.69 | POS DB AMZN Mktp US Amzn.com/bill WA 000000000375095 |
| 10-07 | | 61.85 | 2,041.84 | ACH-TRAN FEE 524771992044311 INTUIT PYMT SOLN |
| 10-08 | 24.90 | | 2,066.74 | POS CR DRURY PLAZA RIVERWALK SAN ANTONIO TX 000000000583023 |
| 10-08 | | 105.00 | 1,961.74 | POS DB ABILITY ANSWERING SERV BAKERSFIELD CA 000000000389466 |
| 10-09 | 18.07 | | 1,979.81 | POS CR AMZN Mktp US Amzn.com/bill WA 000000000620148 |
| 10-09 | | 5.32 | 1,974.49 | POS DB DNH*GODADDY.COM 480-5058855 AZ 000000000236630 |
| 10-09 | | 11.70 | 1,962.79 | POS DB PROFESSIONAL WELDING S TOMBALL TX 000000000456636 |
| 10-09 | | 17.31 | 1,945.48 | POS DB NETFLIX.COM NETFLIX.COM CA 000000000234733 |
| 10-09 | | 57.70 | 1,887.78 | POS DB 24 SEVEN # 31 SPRING TX 000000000311571 |
| 10-09 | | 59.08 | 1,828.70 | POS DB CHEVRON 0373659 TOMBALL TX 000000000445939 |
| 10-10 | | 41.32 | 1,787.38 | POS DB CIRCLE S HARDWARE MAGNOLIA TX 000000000245695 |
| 10-10 | | 123.17 | 1,664.21 | POS DB HOTELSCOM8141403913022 HOTELS.COM WA 000000000568761 |
| 10-11 | | 18.06 | 1,646.15 | POS DB Standard Supply Housto 214-3797114 TX 000000000062838 |
| 10-11 | | 987.00 | 659.15 | POS DB LEADERSHIELD MARKETING Houston TX 000000000426777 |
| 10-12 | | 27.06 | 632.09 | POS DB ABC*GOLDS GYM 888-8279262 TX 000000000251129 |
| 10-12 | | 89.00 | 543.09 | POS DB United Credit Educatio 248-8489065 MI 000000000025914 |
| 10-12 | | 96.55 | 446.54 | POS DB EXXON 24 SEVEN # 31 SPRING TX 000000000392585 |
| 10-12 | | 319.51 | 127.03 | POS DB HUNTON DISTRIBUTION HOUSTON TX 000000000081792 |
| 10-14 | | 70.32 | 56.71 | POS DB ENTERPRISE RENT ACAR T 877-8601258 NY 000000000028845 |
| 10-15 | 12,081.07 | | 12,137.78 | ACH-CASH TRANS PRESTIGE EXPERTS MAC ACQUISIT6611 |
| 10-15 | | 100.00 | 12,037.78 | POS DB EXXON 24 SEVEN # 31 SPRING TX 000000000421000 |
| 10-16 | | 16.23 | 12,021.55 | POS DB APL*ITUNES.COM/BILL 866-712-7753 CA 000000000026643 |
| 10-16 | | 11,400.00 | 621.55 | CASH CK  #Check |
| 10-17 | | 21.18 | 600.37 | POS DB IMPERFECT FOODS SAN FRANCISCO CA 000000000001627 |
| 10-17 | | 87.53 | 512.84 | POS DB EXXON 24 SEVEN # 31 SPRING TX 000000000561001 |
| 10-18 | | 6.10 | 506.74 | POS DB ENTERPRISE RENT ACAR T 877-8601258 NY 000000000031241 |
| 10-18 | | 21.64 | 485.10 | POS DB APL*ITUNES.COM/BILL 866-712-7753 CA 000000000176430 |
| 10-18 | | 89.00 | 396.10 | POS DB United Credit Educatio 248-8489065 MI 000000000021564 |
| 10-19 | | 7.69 | 388.41 | POS DB ELLIOTT ELECTRIC SUPPL NACOGDOCHES TX 000000000367559 |
| 10-19 | | 92.07 | 296.34 | POS DB EXXON 24 SEVEN # 31 SPRING TX 000000000573049 |
| 10-19 | | 200.00 | 96.34 | POS DB UNTAMED UPHOLSTERY LLC TOMBALL TX 000000000339803 |
| 10-22 | | 32.00 | 64.34 | INSUFFICIENT ITEM FEE |
| 10-24 | | 21.97 | 42.37 | POS DB IR NEXIA INTELLIGENCE TYLER TX 000000000161222 |
| 10-26 | | 5.32 | 37.05 | POS DB DNH*GODADDY.COM 480-5058855 AZ 000000000497590 |
| 10-26 | | 5.40 | 31.65 | POS DB APL*ITUNES.COM/BILL 866-712-7753 CA 000000000073734 |
| 10-26 | | 27.06 | 4.59 | POS DB ABC*GOLDS GYM 888-8279262 TX 000000000228954 |
| 10-31 | | 4.32 | 0.27 | POS DB Amazon Music 888-802-3080 WA 000000000551499 |
| 10-31 | | 12.00 | -11.73 | MAINTENANCE FEE            SVC CH* |

| | Total for This Statement | Total for This Year |
|---|---|---|
| Total Overdraft Fees | $32.00 | $32.00 |
| Total Insufficient Items Fees | $32.00 | $61.00 |

### Checks Cleared

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 10-16 | Check | 11,400.00 | 10-04 | 1136* | 2,454.50 | 10-01 | 1168* | 728.21 |
| 10-01 | 1099 | 3,500.00 | 10-04 | 1139* | 170.87 | 10-02 | 1169 | 795.18 |
| 10-01 | 1107* | 149.78 | 10-04 | 1147* | 389.87 | 10-01 | 1170 | 870.96 |
| 10-04 | 1108 | 547.74 | 10-03 | 1165* | 715.87 | 10-01 | 1174* | 570.22 |
| 10-02 | 1112* | 330.81 | 10-01 | 1166 | 1,288.40 | | | |



* Denotes a break in check sequence     **14 Check(s) Paid for a Total of $23,912.41**

### Account Summary

| | | | |
|---|---|---|---|
| Average Balance | $1,325.12 | Minimum Balance on 10/04/2019 | -$164.51 |
| Average Collected Balance | $1,325.12 | Number of Days in Cycle | 31 |

## Business Simple Checking 1301018246

### Daily Closing Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10-01 | 7,776.89 | 10-09 | 1,828.70 | 10-17 | 512.84 |
| 10-02 | 5,980.26 | 10-10 | 1,664.21 | 10-18 | 396.10 |
| 10-03 | 4,290.88 | 10-11 | 659.15 | 10-19 | 96.34 |
| 10-04 | -164.51 | 10-12 | 127.03 | 10-22 | 64.34 |
| 10-05 | 317.48 | 10-14 | 56.71 | 10-24 | 42.37 |
| 10-07 | 2,041.84 | 10-15 | 12,037.78 | 10-26 | 4.59 |
| 10-08 | 1,961.74 | 10-16 | 621.55 | 10-31 | -11.73 |

### Account Item Images Total of 14



10/16/2019          Ck # 0          $11,400.00



10/01/2019          Ck # 1099          $3,500.00



10/01/2019          Ck # 1107          $149.78



10/04/2019          Ck # 1108          $547.74



10/02/2019          Ck # 1112          $330.81



10/04/2019          Ck # 1136          $2,454.50



10/04/2019          Ck # 1139          $170.87



10/04/2019          Ck # 1147          $389.87



10/03/2019          Ck # 1165          $715.87



10/01/2019          Ck # 1166          $1,288.40

## Business Simple Checking 1301018246

### Account Item Images 14 (continued)



10/01/2019      Ck # 1168      $728.21



10/02/2019      Ck # 1169      $795.18



10/01/2019      Ck # 1170      $870.96



10/01/2019      Ck # 1174      $570.22

---

**SIMPLE WAYS TO LOWER YOUR FEES**
**Track your balance, deposits and spending habits carefully. Sign up for Daily Email Notifications.**
*We will send a daily message to your email account with transaction and balance information, including when you have overdrawn your account. There is no charge for this service.*

**Link a secondary account to your checking account.**
*When you overdraft your checking account, any available money will be automatically transferred first from your secondary account to avoid overdrawing your account. A sweep fee applies for each automatic transfer. Refer to the* **Schedule of Fees** *for complete details.*

**Consider opting-out of overdraft coverage for ATM and everyday debit card transactions.**
*ATM and everyday debit card transactions that would overdraw your account are declined and would not incur a fee. You can also request to opt-out of all overdraft coverage.* **For complete details please speak with a Woodforest retail banker.**



**In Case Of Errors Or Questions About Your Electronic Transfers For Consumer Accounts Only**

Telephone us at **877-968-7962** or write us at the address on the front of this statement as soon as possible, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you **no later than** 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation.

**Billing Rights Summary**
**In Case Of Errors Or Questions About Your Revolving Credit**

If you think there is an error on your statement, write to us at Woodforest National Bank, ATTN: Loan Dept., PO Box 7889, The Woodlands, TX  77387-7889.  In your letter, give us the following information:

- Account information: Your name and account number
- Dollar amount: The dollar amount of the suspected error.
- Description of the problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.  While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**In Case Of Errors Or Questions About Your Statement**

Please examine this statement upon receipt and report any differences in writing to the bank. If no differences are reported in writing within 30 days, the account will be considered correct.

Please notify us in writing of your change of address.



